IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA BAUMANN,<br><br>　　Plaintiff,<br><br>v.<br><br>LAW OFFICE OF THE COOK<br>COUNTY PUBLIC DEFENDER,<br>CARLOS GONZALEZ, in his individual<br>capacity, and COOK COUNTY, ILLINOIS<br>as indemnitor,<br><br>　　Defendants. | Case No. 23-cv-435<br><br>**JURY DEMANDED**<br><br>Judge Edmund E. Chang<br><br>Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT PURSUANT TO DKT. 11

NOW COMES, Cynthia Baumann ("Plaintiff"), by and through her counsel, Gianna R. Scatchell of DISPARTI LAW GROUP, P.A., Defendant Law Office of the Cook County Public Defender and County of Cook, Illinois, by and through its counsels, Rebecca Gest, Deputy Supervisor, and Charles Little, Assistant State's Attorneys, and Carlos Gonzalez, by and through his undersigned counsel, Lyle Henretty, Supervisor, and report as follows for their Joint Initial Status Report pursuant to Dkt. 11 states as follows:

1. **The Nature of the Case.**

    a. <u>Attorneys of Record.</u>

    Attorneys of record remain unchanged except that Gianna R. Scatchell filed a supplemental appearance for Plaintiff. Dkt. 12. (Attorney Casper is presently serving a suspension from the practice of law.)

2. **Pending Motions and Case Plan.**

    a. <u>Status of Service.</u>

    All Defendants have now appeared and filed waived service. Dkt. 6 and 9.

b. <u>Pending Motions.</u>

There are no pending motions; however, the parties mutually request this case remain stayed Plaintiff receives a right-to-sue letter on Counts 2 (Title VII) and 3 (IHRA). A representative of Defendant Public Defender contacted the EOCO on April 21, 2023 to follow up on the status. The EOCO had outdated contact information for the Public Defender, which was updated. The EOCO representative told the representative of the Public Defender that they anticipated issuing a right to sue letter shortly, but declined to provide more specificity about when such letter would issue.

Plaintiff's current counsel reports they have requested a right to sue letter from the EOCO, though it is not presently known whether Plaintiff has had any contact with the EOCO since the last status report filed with this Court.

3. **Consent to Proceed Before a Magistrate Judge.**

The Parties still do not unanimously consent to proceed before the Magistrate Judge.

4. **Status of Settlement Discussions.**

Plaintiff has submitted a settlement demand on March 9, 2023. At this time, Defendants will not be making a counteroffer and accordingly have not engaged in further settlement discussions with Plaintiff. The parties do not request a settlement conference now, but may do so in the future.

Respectfully submitted,                                   Respectfully submitted,

/s/ Gianna R. Scatchell                                    /s/ Charles T. Little
_____           _____
Gianna R. Scatchell                                         Rebecca Gest
DISPARTI LAW GROUP, P.A.                      Charles Little
121 West Wacker Drive, Suite 2300          Assistant States Attorneys
Chicago, Illinois 60601                                  500 Richard J. Daley Center
P: (312) 506-5511 ext. 330                         Chicago, Illinois 60601

2

E: ccasper@dispartilaw.com           P: (312) 603-7202
                                     E: Charles.little@cookcountyil.gov
                                     E: rebecca.gest@cookcountyil.gov

Respectfully submitted,

*/s/ Lyle Henretty*

_____
Lyle Henretty
Supervisor, Assistant States Attorney
50 West Washington Street, 20th Fl.
Chicago, Illinois 60602
P: (312) 603-1424
E: lyle.henretty@cookcountyil.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2023 (s)he caused to be served the foregoing Joint Status Report on all counsel of record at the email addresses below via this Court's CM/ECF Filing System, and that all such counsels are registered e-filers.

Rebecca Gest
Charles Little
E: Charles.little@cookcountyil.gov
E: rebecca.gest@cookcountyil.gov

Lyle Henretty
E: lyle.henretty@cookcountyil.gov

Gianna R. Scatchell
E: gia@dispartilaw.com

                                     */s/* Gianna R. Scatchell
                                     _____