# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA BAUMANN, | |
| Plaintiff, | Case No. 23-cv-435 |
| v. | |
| LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER, CARLOS GONZALEZ, in his individual capacity, and COOK COUNTY, ILLINOIS as indemnitor, | Judge Edmund E. Chang  Magistrate Judge M. David Weisman |
| Defendants. | |

## NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

Please take notice that on September 19, 2023 at 8:30 a.m., I shall appear before the Honorable Judge Edmond Chang in Courtroom 2341 of the Dirksen Federal Courthouse at 219 South Dearborn Street, Chicago, Illinois 60603 and there and then present Plaintiff's Motion for Leave to File Third Amended Complaint. A copy is included herewith.

Respectfully submitted,

*/s/ Cass T. Casper*

_____
Cass T. Casper, Esq.
DISPARTI LAW GROUP, P.A.
121 West Wacker Drive, Suite 2300
Chicago, Illinois 60601
Phone: (312) 506-5511 ext. 331
Email: ccasper@dispartilaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he served the foregoing document on all counsel of record via this Court's CM/ECF filing system on September 13, 2023, and that such counsels are registered e-filers.

*/s/ Cass T. Casper*
_____