| | |
|---|---|
| **Subject:** | FW: Complaint and request for investigation regarding discriminatory social media posts by Sheriff employees |
| **Date:** | Wednesday, September 6, 2023 10:16:42 AM |
| **Attachments:** | Complaint Register.pdf |
| | CR Attachments.pdf |
| | ARDC Letter.pdf |
| | Exhibit A - Campanelli Complaint to Sheriff and OIIG (June 11, 2020).pdf |
| | Exhibit B - ARDC Attachments.pdf |
| | image005.png |

**From:** Abby Clough (Public Defender)
**Sent:** Monday, June 22, 2020 3:23 PM
**To:** Amy Campanelli (Public Defender) <amy.campanelli@cookcountyil.gov>
**Cc:** Lester Finkle (Public Defender) <lester.finkle@cookcountyil.gov>
**Subject:** RE: Complaint and request for investigation regarding discriminatory social media posts by Sheriff employees

Amy – as directed by your letter below and after conversations with Lester, I have filed a CR against additional Sheriffs and an ARDC complaint against their purported attorney, Cass Casper. Attached is a copy of everything that was filed. I just wanted to keep you updated so we were all in the loop.

Thanks,
Abby Clough

**From:** Amy Campanelli (Public Defender)
**Sent:** Thursday, June 11, 2020 5:20 PM
**To:** Amy Campanelli (Public Defender) <amy.campanelli@cookcountyil.gov>
**Subject:** FYI: Complaint and request for investigation regarding discriminatory social media posts by Sheriff employees

To all staff:

It came to my attention this morning that Cook County Sheriff deputies posted racist and discriminatory messages on social media in connection with our Black Lives Matter protest this past Monday. The very purpose of the protest was to combat racism, to combat hatred, to combat abuse, and to foster equality, equity, justice, and fairness.

As you can see from the attachment, I have filed a complaint with both Sheriff Dart and the Office of the Independent Inspector General. I also emailed the complaint to President Preckwinkle.

I promised in my email to them that if I learn of any more hate-filled or racist expressions, I will forward them. So I now ask you, if you see or know of any such messages of hatred, take a screenshot and forward them to your supervisor, or your chief,

or your deputy, or Lester and Keith, or to me. Whoever you report it to, it's important that we all speak up. We rightly blame police officers who stay silent when they see injustice. Thank you and stay safe.

Amy P. Campanelli
Public Defender of Cook County



Law Office of the Cook County Public Defender
69 W. Washington
16th Floor
Chicago, IL 60602
312-603-0718
312-603-9878 (fax)
amy.campanelli@cookcountyil.gov





Be counted in the 2020 census. Visit www.cookcountyil.gov/census for more information.

This email, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this email is prohibited. If you have received this email in error, please notify the sender by replying to this message and delete this email immediately.