
Abigail Clough

Chicago
July 10, 2020

Re:    Cass Thomas Casper
       in relation to
       Abigail Clough
       No. 2020IN01805

Dear Ms. Clough:

Enclosed is a copy of the response of Cass Casper to the matters about which you have complained.

If you believe the response is inaccurate or if you wish to provide additional information or documents for our consideration, please write to me within fourteen days. Please do not staple or bind your reply or any attached documents. We also ask that you avoid using exhibit tabs.

We will evaluate the matter and advise you of our decision. Again, thank you for your cooperation.

Very truly yours,


Chi (Michael) Zhang
Litigation Counsel
ARDC Litigation Division - Chicago

CZ:rmm
Enclosure

2023-09-10 Baumann D's Production 101



Cass T. Casper, Principal Attorney
Phone: (312) 351-2478
Email: ctc@talonlaw.com
www.talonlaw.com

*An Experienced Labor and General Practice Law Firm*

July 10, 2020

<u>Via Email</u>
Chi (Michael) Zhang
E: MZhang@iardc.org

**RE: Response to ARDC Inquiry 2020IN01805 (Cass Thomas Casper)**

Dear Counsel:

I had requested an extension of time to file my response to ARDC Inquiry 2020IN01805 ("Inquiry") and was allowed to file this response by July 10, 2020. This is my formal response to the Inquiry.

This Inquiry stems from an online argument that occurred on and around June 17, 2020 between myself and some of the Public Defenders at the Cook County Office of the Public Defender that, in retrospect, I fully admit it might have been better to have avoided altogether just from the standpoint of the entire exchange having been counterproductive and unhealthy. That admission aside, I am at a loss as to how this online argument violates any of the Rules of Professional Conduct. To that extent, I do concede that this entire argument was a bad idea and a regrettable incident, although I do not believe that any of this amounted to more than citizens engaging in a heated debate on the internet. I note, from the outset, that Ms. Clough does not elucidate what Rules she believes this exchange violated, and I am not certain what rules to cite, either, in my defense to this Inquiry.

I want to start this off by pointing out that my client base consists nearly entirely of men and women working in public sector jobs, including sworn Cook County Deputy Sheriffs and Correctional Officers. Currently, in fact, I have over 170 legal matters relating to Cook County Deputy Sheriffs, Correctional Officers, and Sheriff's Police pending at one stage or another in state or federal court, at agencies, or at the level of informal consultation. My federal case docket, for example, by itself includes nearly 20 federal cases on behalf of such officers in the past two years. *See Exhibit A.* I only bring this up to emphasize that these officers are a large part of my existing client base, and I am passionately committed to them. My public Facebook.com page is largely used to communicate specifically with Cook County Sheriff's Officers about anything and

everything – including just general socializing with them apart from legal matters. Most of my Facebook connections are such officers.

On or about June 12, 2020, the *Chicago Sun-Times* began reporting that certain Deputy Sheriffs were being "de-deputized" and investigated by Cook County Sheriff Thomas J. Dart for social media posts they had made. The newspaper reported that this stemmed from a Complaint by Public Defender Amy Campanelli to Sheriff Dart. *See Exhibit B.* Shortly after that, I was contacted by two of the affected Deputy Sheriffs, Michael Quinlan and Steve Hill, for consultations and assistance relating to the Sheriff's investigation into their social media posts. In my estimation and having a great deal of experience with First Amendment litigation, these posts were well-within the scope of First Amendment-protected activity, even in the employment context. For example, one of the posts was as follows:



We can agree or disagree with the substance of this post, but, the fact is, Amy Campanelli's complaint to Sheriff Dart resulted in Deputy Sheriff Hill being de-deputized and subjected to an investigation for the above-post. In my mind, the above post is far within the realm of First Amendment-protected activity, even in the employment context. *Four* other Deputy Sheriffs were also swept up in a "social media" investigation by Sheriff Dart stemming from Amy Campanelli's complaint, although I

do not represent the others at this time. So too, Sheriff Dart has the reputation of being extremely harsh with terminations of his officers, often seeking terminations for the slightest error in judgment or infraction, and without regard for length-of-service, lack of prior discipline, or mitigating factors.[1] In my estimation and based on my experience, and unfortunately, the Deputy Sheriffs involved in this social media investigation are likely to face stressful, prolonged termination proceedings and possible administrative leaves. All for some -- in my view -- ill-thought and emotional Facebook posts that constituted errors in judgment, more than statements that should be causing long-term employees to face severe discipline.

With this backdrop in mind, I was contacted by Matthew Shields (who goes on Facebook by the name "Emm Jay"), a retired Deputy Sheriff who is married to an active Deputy Sheriff (Kelly Shields), who notified me that some of the public defenders had particularly offensive posts of their own Facebook pages. For example, Abigail Clough had a photo available to all of her friends stating that President Trump is a "Twat."  A screenshot of that is contained in the Inquiry document at Page 17.  I have to ask this: how is Abigail Clough publicly calling the President a "Twat," any different than one of the posts Deputy Sheriff Steve Hill made, where he refers to Governor Pritzker as a "[Fart Fuck]"[2]? *Compare Cass Casper ARDC Complaint, p. 17 with:*

---

[1] The Cook County Sheriff's Merit Board maintains a public hearing docket where you can view all of the pending discipline and termination cases on a weekly basis. The list varies in length week-to-week, but you can see that it contains a huge number of officers subject to termination proceedings. https://www.cookcountysheriff.org/wp-content/uploads/2020/07/HEARING-SCHEDULE-7.6.2020.pdf

[2] I want to be clear that, personally, I do not engage in this kind of language and do not appreciate it. However, I do appreciate that others – such as Mr. Hill and Ms. Clough – have a right to call politicians these names if they so choose.



For the record, I disagree with calling President Trump a "Twat," and with calling Governor Pritzker a "[Fart Fuck]," but this is the social media world where people post things all the time that are, perhaps, ill-thought, emotional, spontaneous, etc. Indeed, my own posts contained in the Inquiry never use those words except to point out the blatant hypocrisy of the Public Defender's Office complaining about Deputy Sheriffs while they themselves are engaging in rampant online bullying and misogynistic comments. What is the difference, though, between Deputy Sheriff Steve Hill calling Governor Pritzker a "[Fart Fuck]" and Public Defender Abigail Clough calling President Trump a "Twat"? In my mind, there is no difference, and Ms. Campanelli's blatant hypocrisy on this issue is something that was very rightfully called out on the internet.

In any event, I did repost Abigail Clough's post referring to the President as a "Twat," in order to point out to my own Client base – who was being attacked by the Public Defenders' Office – that these Public Defenders were not social media angels, either, and that it is incredibly hypocritical for the Public Defenders to attack Deputy Sheriffs for spontaneous, heated, emotional online postings, while themselves maintaining a poor standard of conduct on social media. In retrospect, with this post, I was probably in the wrong and did the same thing that the Public Defenders and Deputy Sheriffs had all been doing – reacting emotionally and not putting a lot of thought into the post. There was another post, too, where Abigail Clough had stated, "WOOOOOOHOOOOOOO, Suck it Trump," and that post was shared by Emm Jay. To be clear, I did not make that post – Emm Jay did -- but I merely commented on it, again,

to point out what I viewed to be the very hypocritical stand of the Public Defender attacking my Client base for thoughtless Facebook banter, emotional posts, and commentary, when her own PD's were using this kind of language and making similar emotional posts and commentary as the Deputies were.

Following that, Abigail Clough herself escalated matters to an extreme level by posting a "photo collage" of Emm Jay, his wife Kelly Shields (again, herself a Deputy Sheriff), and his grandson. <u>To be clear, at this point in time my posts had consisted of (1) a single comment on the "suck it Trump" post made by Emm Jay (not by me), and (2) resharing a screenshot of Abigail Clough's post where she calls Trump a "Twat."</u> At this stage in the events, I have not made any other posts about this situation. I also would note that at no time following this did Ms. Clough message me or comment to me personally that she would like me to have retracted those posts/comment – and, frankly, had she done that, I probably would have removed them because it was not my intent to start a giant war about this with the Public Defender's Office at that time.

Abigail Clough's reaction to all of this was way, way, way overboard and personal. Indeed, she made the following post with the photo-collage of Emm Jay, his wife, and his grandkid:



The woman pictured is Kelly Shields, and the child in the picture is Emm Jay's grandson. Abigail Clough – the complainant here – made the above post. I did not make that post or any like it. As you can see, This post was seen by "60 people", and 31 comments were made on it within 2 hours of Abigail Clough posting it. I definitely

don't want to minimize the fact that I got involved in this entire fight to begin with, but I have to be crystal clear: Abigail Clough made the above post, at which time I had merely made a single comment to Emm Jay's post, and had shared her photograph of her calling Trump a "twat." I never posted photos of Abigail Clough, her family, her husband, her children, or any kind of personal information about her whatsoever. Indeed, the only person who did that was Abigail Clough about Emm Jay's family – and, as my co-counsel and I later uncovered, other Public Defenders were making a habit of doing that. Indeed, as it turns out, days before I ever made a single post about any of this, the Public Defenders made a photo collages and "Make Him Famous" memes of my client Michael Quinlan, as follows:





That post was made on June 10, 2020 by Cook County Public Defender Anthony Plaid, and had (at that time) 216 comments and 103 reactions. *See* https://www.iardc.org/ldetail.asp?id=878947840 (ARDC registration information for Anthony Plaid). We cannot know how many times it was shared. It depicts Deputy Sheriff Michael Quinlan.

I have to stop the action here: how in the world, if Abigail Clough is claiming that my posts violated Rules of Professional Conduct, does all the cyberbullying her office put on Michael Quinlan not equally a violation of such rules, or, frankly, far worse? They, in essence, pegged a law enforcement officer as a retaliatory racist and shared it with his photograph at least hundreds of time on the internet. These are Public Defenders who, for all Mr. Quinlan and I know, have connections to gang affiliates by nature of their public defense work.[3] From Mr. Quinlan's perspective, this photo and post are little better than having a target put on his back on the internet as a law enforcement officer who is claimed to be anti-BLM. This is hugely inappropriate behavior, and, also, probably constitutes a variety of witness intimidation given that he is now under investigation by the Sheriff's office – at the Public Defender's request – for a separate post that he made. In other words: Mr. Quinlan made a post, the Public Defenders complained about him, and then the Public Defenders engage in a massive online intimidation campaign against him. Again, I am not trying to mitigate my own

---

[3] I am not criticizing public defenders' work defending folks who are gang affiliated – it goes with the office. My point is that this presents a massive safety issue to Mr. Quinlan.

involvement in this entire online dispute, but Plaid's post and all of the Public Defenders involved in sharing it and encouraging it are simply astonishingly outrageous behavior! And my Client base was extremely upset about it, as I have since learned.

In any event, after Abigail Clough's post went up warning her colleagues about Eem Jay and myself, it is safe to say that a full-blown attack commenced by multiple public defenders on myself, most of which is contained in the Inquiry documents. From my perspective, it is difficult to understand how these exchanges between Jennifer Vaughn, Maria Svistchova, Kitty Schultz, Benton Williams, and myself constitute misconduct within the Rules of Professional Responsibility on my part (or theirs, except for one from Jennifer Vaughn that I will get to). Most of these are in the nature of "argument" and "heated debate," and if you review my responses you can see the involved Public Defenders and I were simply having an online debate/fight. For example, one of my posts explains very clearly what I was saying, as follows:



**Cass Casper**
OK. Honestly, this is going too far. My intent in all this was to point out some really blatant hypocrisy that is going on and how inappropriate social media bullying is, especially for PD's. Now it's devolving into name-calling and threatening -- none of which I'm on board with. I'm saying goodnight.

16h    Like    Reply                                    1

Other posts were steadfast in arguing my own view about the hypocrisy of Amy Campanelli reporting Deputy Sheriffs for misconduct when her own office was engaging in cyberbullying:



**Cass Casper**
Not my burden of proof. And I'm still waiting for your explanation about why the PDs were justified in making collages and engaging in social media bullying unbecoming their office.

17h    Like    Reply



**Maria Svistchova**
I'm bored with you.

17h    Like    Reply



**Maria Svistchova**
The decision was made by the Sheriff take it up with him.
The deputy was in the wrong was rightfully exposed.
We are having  Facebook conversation and you are taking about evidence or burden. You know why? Because you can't twist the facts. That statement was wrong.

17h    Like    Reply

Maria Svistchova, too, is a Public Defender. *See*
https://www.iardc.org/ldetail.asp?id=468455104 (ARDC registration for Maria
Svistchova). There are a couple moments in this debate where, if anything, other Public
Defenders engaged in threatening or inappropriate comments as follows:



In this part of the exchange, Jennifer Vaughn threatens a member of the public, Cristy
Sabs, by stating "I'll be your absolute worst enemy." Jennifer Vaughn is a Public
Defender. *See* https://www.iardc.org/ldetail.asp?id=1093835392 (ARDC registration
information for Jennifer Vaughn). Maria Svistchava's comment "you kiss your kids
with that mouth. Gross" is probably not the height of professionalism, either.

Again, I feel like I'm trying to point to others' conduct to vindicate my own – I am not,
and I iterate that this whole thing spiraled out of control and would have been better
avoided -- but it is extremely difficult for me to see how engagement in a heated
Facebook debate with the Public Defender's Office ran afoul of the Rules of Professional
Conduct. Too, if I did violate any of the Rules, then the fact remains that multiple Public
Defenders also have violated Rules. I cannot see any way that Anthony Plaid's post –
and the numerous other items Attorney Gia Scatchell and I gathered and pointed out in
Exhibit 3 – are not themselves extremely problematic from the standpoint from the
Illinois Rules, if my own behavior runs afoul of those Rules.

As I stated already, my co-counsel Gia Scatchell and I put together a long letter with
Exhibits complaining about Public Defender online behavior to Amy Campanelli and

Patrick Blanchard. I attached a complete copy of that entire letter and filing as part of this Response and incorporate it by reference here. *See Exhibit C.*

I iterate that I regret having gotten involved in this entire exchange and I'm going to try to steer clear of this kind of contentious online social media dialogue going forward. However, without trying to minimize my conduct, I do not see that any of this rises to the level of unethical behavior, and I do deny that any of this violates any of the Rules of Professional Conduct. Unfortunately, the Rules about social media behavior are perhaps murky for all of us. This entire incident was more in the nature of everyone involved – the Deputies, the Public Defenders, me – getting worked up and heated on the internet, than something that should be considered from an ethical perspective.

If the ARDC sees this differently, I obviously will comply with whatever directives or discipline it should impose with respect to this. If you require further information, I pledge my complete cooperation.

Respectfully submitted,

/s/ Cass T. Casper

_____

Cass T. Casper
105 West Madison Street, Suite 1350
Chicago, Illinois 60602
P: (312) 351-2478
ARDC #6303022

## Select A Case

**Cass Thomas Casper is an attorney in 32 cases.**

| | | |
|---|---|---|
| 1:14-cv-06891 | Spencer v. Teamsters Union Local 700 | filed 09/05/14   closed 04/30/15 |
| 1:17-cv-00343 | McPartlin v. County Of Cook et al | filed 01/17/17   closed 03/05/18 |
| 1:17-cv-03324 | Thomas v. Holmes et al | filed 05/03/17   closed 07/24/18 |
| 1:17-cv-04212 | Donis v. Cook County et al | filed 06/02/17   closed 07/17/18 |
| 1:17-cv-08312 | Logan v. City Of Chicago et al | filed 11/16/17   closed 03/25/20 |
| 1:17-cv-08888 | Tate v. Dart et al. | filed 12/11/17 |
| 1:17-cv-09011 | Consolino et al v. Dart, et al | filed 12/15/17 |
| 1:18-cv-01231 | Shyne et al v. Cook County Sheriffs Merit Board et al | filed 02/17/18 |
| 1:18-cv-01438 | Young v. Thomas J. Dart, Cook County Sheriff et al | filed 02/26/18   closed 11/07/18 |
| 1:18-cv-01598 | Vargas et al v. Cook County Sheriff's Merit Board et al | filed 03/04/18   closed 03/29/19 |
| 1:18-cv-02823 | Promisco v. Dart et al | filed 04/20/18   closed 12/10/19 |
| 1:18-cv-03334 | Washington v. Med-Spec. Transport, Inc. | filed 05/09/18   closed 03/04/20 |
| 1:18-cv-03989 | Scatchell v. Village of Melrose Park, et al | filed 06/07/18 |
| 1:18-cv-04018 | Faron v. Ford Motor Company | filed 06/10/18 |
| 1:18-cv-04555 | Coruthers v. Chicago State University Board of Trustees et al | filed 06/30/18   closed 12/17/18 |
| 1:18-cv-04993 | Lett v. City Of Chicago et al | filed 07/22/18   closed 03/14/19 |
| 1:18-cv-05564 | Gonsalves v. Dart et al | filed 08/15/18   closed 04/30/19 |
| 1:18-cv-06018 | Evans III et al v. Dart et al | filed 09/02/18 |
| 1:18-cv-06821 | Andrews v. Brennan | filed 10/10/18   closed 09/23/19 |
| 1:18-cv-07337 | Holowicki v. Lakefront Restaurant Inc., d/b/a Stellas Diner et al | filed 11/04/18   closed 08/12/19 |
| 1:18-cv-07647 | Hernandez et al v. City of Chicago et al | filed 11/17/18 |
| 1:18-cv-07649 | Green v. TransUnion, LLC | filed 11/17/18   closed 01/14/20 |
| 1:18-cv-07866 | Calderone v. City of Chicago et al | filed 11/28/18   closed 09/17/19 |
| 1:18-cv-08429 | Washington et al v. Logistics Transport Management, LLC et al | filed 12/22/18   closed 06/12/19 |
| 1:19-cv-00296 | Sheppard v. Dart et al | filed 01/15/19   closed 09/25/19 |
| 1:19-cv-02621 | Strickland v. Dart et al | filed 04/18/19 |
| 1:19-cv-07576 | Alesia v. Rhee et al | filed 11/17/19 |
| 1:19-cv-07592 | Leibas et al v. Dart et al | filed 11/18/19 |

2023-09-10 Baumann D's Production 113

| 1:20-cv-00622 | Jones-Hayes v. Dart et al | filed 01/28/20 |
| 1:20-cv-00989 | Darge v. Dart et al | filed 02/11/20 |
| 1:20-cv-01045 | Scatchell v. Villlage of Melrose Park et al | filed 02/12/20 |
| 1:20-cv-02453 | Evans III et al v. Dart et al | filed 04/21/20 |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/10/2020 08:51:16 | | |
| PACER Login: | ccasp3022:5187847:0 | Client Code: |
| Description: Search | | Search Criteria: Last Name: casper First Name: cass |
| Billable Pages: | 1 | Cost: 0.10 |

2023-09-10 Baumann D's Production 114

DOWNLOAD NEW APP — Don't Miss CBS Chicago's Award-Winning News Content And Investigations: Click To Get The A...

 **CBS Chicago** ≡ MENU  NEWS  WEATHER  SPORTS  CBSN Chicago WATCH NOW ▸  Community Leaders Speak On New Summer Policing  🔍

# Public Defender Amy Campanelli Seeks Probe Into Sheriff's Deputies' Social Media Posts After Black Lives Matter March

June 12, 2020 at 3:49 pm

Filed Under: Amy Campanelli, Black Lives Matter, Cook County Public Defender, Cook County Sheriff, Cook County Sheriff's Deputies, Protest March, Protest Rally

Advertisement. Your video will resume in 24 seconds.



## FOLLOW US

## OUR | NEWSLETTER

 Sign up and get our latest headlines delivered right to your inbox!

Email address

Subscribe Now!

## MOST VIEWED

 Joliet Police Sgt. Javier Esqueda, Who Blew Whistle On Death Of Eric Lurry In Police Custody, Stripped Of Police Powers

 After CBS 2 Report, More Chicagoans Say They Haven't Been Getting Mail; Union President Says 'Chicago Post Office Is Failing'

 7-Month-Old Boy Grazed By Bullet In Car In North Lawndale

 Gov. Pritzker On Federal COVID-19 Response: States Forced To Play 'Sick' Hunger Games Gameshow

**CHICAGO (AP)** — Cook County Public Defender Amy Campanelli has asked the county's sheriff and inspector general to investigate insulting and threatening comments apparently posted online by deputies following a march in support of Black Lives Matter.

In a letter sent Thursday to Sheriff Tom Dart and Inspector General Patrick Blanchard, Campanelli requested that the deputies behind the posts be disciplined or, if appropriate, fired.

ADVERTISING

2023-09-10 Baumann D's Production 115

 Nearby CTA Stop

 There Could Be More Video Connected To Eric Lurry's Death That Joliet Police Haven't Released To The Public

 Toddler Dies After Being Punched In The Face In Bronzeville

 Nearly 80 People Shot In Chicago, 15 Of Them Killed, In July 4th Weekend Violence Since Late Friday

 Mayor Lightfoot Shrugs Off President Trump's Call For All Schools To Reopen In Fall; 'This Really Has To Be A Localized Decision'

 Michael Robinson Charged With Murder, Accused Of Beating Toddler To Death

The posts appeared online after about 200 people, including many public defenders, participated in a demonstration Monday at the county jail in Chicago.

A Facebook comment purportedly posted by a deputy assigned to the Leighton Criminal Court Building reads: "Good luck to them all when the courts open up!"

Campanelli also cited a post that reads: "Bring in the fire hoses and horses this is not a protest."

Campanelli questioned how she or anyone else could have confidence that people in custody are receiving housing, food and being treated "equitably and humanely" by "the custodians of the jail."

The sheriff's office, which runs the jail, said in a statement Friday that after receiving the letter late Thursday afternoon, it "immediately launched an internal investigation into the matter."

Demonstrations and unrest spread to Chicago and other cities around the U.S. following the May 25 killing of George Floyd. A white officer pressed his knee into Floyd's neck for several minutes, even after the handcuffed black man stopped moving and pleading for air.

"The very purpose of our protest, as was the purpose of all protests around the country, was to oppose racism and discrimination exhibited by law enforcement," Campanelli wrote in the letter. "Now, posted on social media as a banner for all to see, members of law enforcement are expressing their intolerance for justice and even suggesting there will be consequences to my staff and my clients."

(© Copyright 2020 The Associated Press. All Rights Reserved. This material may not be published, broadcast, rewritten or redistributed.)





Cass T. Casper, Principal Attorney
Phone: (312) 351-2478
Email: ctc@talonlaw.com
www.talonlaw.com

*An Experienced Labor and General Practice Law Firm*

June 18, 2020

<u>VIA EMAIL</u>
Amy Campanelli, Esq.
Cook County Public Defender
E: amy.campanelli@cookcountyil.gov

<u>VIA EMAIL</u>
Patrick Blanchard
Cook County Office of the Independent
Inspector General
E: patrick.blanchard@cookcountyil.gov

RE: ONLINE SOCIAL MEDIA BULLYING AND INAPPROPRIATE CONDUCT BY CERTAIN
PD's

Dear Ms. Campanelli and Mr. Blanchard:

We are writing to address alarming social media comments and social media bullying
that is coming from certain Cook County Public Defenders ("PD's" or "Public Defenders")
on Facebook that are causing a great deal of distress to our client base, consisting of
Cook County Sheriff's Deputies ("Sheriff's Deputies"). This letter follows our initial
complaints sent yesterday about certain Public Defenders' derogatory social media
posts about the Sheriff's Deputies. Since our last letter, the alarming online bullying
coming from certain PD's has only intensified or been further uncovered. By this letter,
we are demanding that your offices conduct an investigation into the cyber-bullying and
other inappropriate online behavior engaged in by PD's in your office to determine
whether there are violations of Cook County's Social Media Policy or other policies,
Illinois Rules of Professional Responsibility, or the Open Meetings Act.

1. <u>A Coordinated Cyber-Bullying Attack on Cook County Sheriffs:</u>

We all have a duty to weed out bad police officers from the profession. What happened
to George Floyd and others based on police misconduct must stop. Healthy discourse to
motivate change is wholly embraced by the undersigned. However, an insulting rhetoric
has emerged from certain PD's in the wake of the George Floyd protests, which portray
police officers in the most negative and vitriolic way. These comments go far beyond
free speech and diversity of opinion and instead represent hate speech and cyber-
bullying. This evidence consists of the online postings of the following Public Defenders:
Anthony Plaid, Wendy Fawcett, Maria Svistchova, Jennifer Vaughn, Julie Koehler, Richard

Gutierrez, Megan Tomlinson, Nisha Dotson, Sarah Fransene Spelman, among others. Attached please see links to these specific public defender's Facebook pages where most of these insulting messages have been posted. Exhibit A001. We are calling for every single one of the PDs to be investigated for online social media bullying and conduct violating Cook County's Social Media Policy.

Furthermore, we would note that for all of your office's concern about racism, most of the Correctional Officers in the *Howard v. Cook County Sheriff, 17-cv-8146 (*Dkt. 276*)*, suit are African-American and were exposed to masturbating inmates on a near daily basis. Yet, they have yet to see a settlement, while your largely (but not completely) white PD's office has a pending settlement – is it because your largely white lawyers should be first in line before the Black female officers who have to work with masturbating inmates in the jail nearly every day? Our point is that your office is far from in a position to be criticizing Deputy Sheriffs for racial insensitivity in light of such preferential treatment and what we have uncovered here.

a) "Make Him Famous" Campaign

To begin, this issue was brought to our attention when some Public Defenders began publicly circulating, "Let's Make him Famous" memes attached as Group Ex. A, pp. 2-21. One such meme was created by taking, without authorization, a photo from a Sheriff's Deputy's Facebook page where his wife and his grandchildren are depicted – his wife is also a Sheriff's Deputy still in active service. As a recently retired Sheriff's Deputy, the viral nature of the "Make Him Famous" meme poses a serious security risk to Sheriff's Deputies and their families. Ironically, your PD's claimed that it was their fear of security which prompted them to "expose" the Sheriff Deputy's post.[1]

So too, on June 10, 2020, Cook County Public Defender, Anthony Plaid posted the following message castigating a Cook County Sheriff Deputy on his publicly available Facebook page as summarized below and attached more fully as Group Exhibit A pp. 2-16:

> This is Michael Quinlan. He is currently employed by The Cook County Sheriff Tom Dart and "serves" as a courtroom deputy. He apparently didn't like the rally and march we had on Monday so he wished us "good luck" "when the courts open back up." I've unfriended a lot of us, including me (not that I care I didn't

---

[1] Connie Jordan ("Well looks like this should be reported to Tom Dart, as I clearly see this as a threat to not protect us in the courtroom, which happens to be his job"); Sarah Francene Spellman ("totally what I was thinking... whatever about the asshole remarks as a whole, the veiled threat to not keep us safe is beyond the pale."

request him anyway), but didn't unfriend enough so that we didn't get the post. Maybe all those years we "turned to you for help," you should have picked up some free legal advice when we would tell our clients to not post on social media. And by "instigator," maybe you meant organizer of a peaceful protest. Funny thing is I, along with other PDs, don't even put deputies in the same boat with the police, but since you want to jump on board ... Share away people. Make him famous. #blacklivesmatter

Mr. Plaid's Facebook post about Sheriff Officer Quinlan went viral as several other public defenders reshared his Facebook post to their publicly available Facebook pages or commented on the above post. As is evident from this thread, if anyone took a contrary position, a flurry of public defenders quickly launched an insult-laden attack on these perceived opposers including epithets directed at Sheriff's Quinlan's cousin, who unsuccessfully attempted to pacify the situation. The public defender's comments insulted Sheriff's Quinlan and his cousin as summarized below and attached more fully as Exhibit A pp. 8 - 9:

Richard Gutierrez called Sheriff Quinlan's cousin an "ass hole";

Richard Gutierrez further warned him that: "[y]ou should stop. You're not making this situation any better, in fact, you're making it a whole lot worse. There's some free legal advice for you!"

Similarly, Abigail Clough warned: "Don't make it worse. Have Mike apologize."

Others, like public defender Ms. Fawcett, shared Mr. Plaid's post. Ms. Fawcett added the following commentary to her post as summarized below and attached more fully as Exhibit A pp. 17-21:

"I made a personal commitment to stand as an ally. And to be honest, I wasn't sure if I was going to post this. But again, I reminded myself that silence is violence. This is some f*cked up backlash that my colleagues are now facing for putting together the PD march on Monday. This courtroom deputy is basically making a veiled threat that he won't protect the PDs, which is his job to do. I don't know if this is the right place to start, but here is the Sheriff's customer complaint number: (773) 674-5959."

b) All Cops are Bastards

<center>3</center>

However, it became apparent that the "Make Him Famous" memes were the tip of the iceberg. Ms. Fawcett's anti-police rhetoric generalized the police profession as "a profession built and sustained by white supremacy." (Ex. A. p. 27). On June 16, 2020, Ms. Fawcett continued to wage war against the police by publicly posting: "Good news, guys! It's not all cops that are bad. 3 white people said so.👍" (Ex. A p. 18) Ms. Fawcett even chastised the "good cops" as she further opined on her publicly-available Facebook post that:

> "these pictures and stories about the ""good cops,"" the ones who give out hugs, or conduct a traffic stop without killing the black or brown driver, it's like people want to give them a trophy for participation or whatever bullshit they are always complaining about millennials. Oh, look they did their job properly. Smile for the camera. #blacklivesmatter #defundthepolice #holdcopsaccountable." (Ex. A p. 22-24)

Ms. Fawcett's public postings became even more brazen the next day at 4:30 p.m. when she posted that #ACAB (All Cops are Bastards). Link.

Public Defender Sarah Fransene Spelman furthered the anti-police narrative by publicly posted the following tasteless joke: Q. "Why do riot police go to work early? A. to beat the crowds. ACAB" (Ex. A p. 21).

On June 8, 2020, public defender Megan Tomlinson publicly posted a comment drawing a inflammatory comparison between the May 31, 2020 riots with wrongful police raids:

> "If you want to talk about looting, do you know how many times a day the Chicago Police Department breaks a family's front door down pursuant to a "raid" and tears a home apart, kills a family dog, pulls a toilet out of the floor , takes all the cash alleging its drug money, only to recover a half gram of cocaine? All from people who barely have anything to begin with." (Ex. A pp. 29-30).

### c) A Facebook War with the Sheriff's Office Could be Fun

We received certain screenshots that indicate that certain PD's are advocating for a "war" with the deputies: "OHHHHH a FB war with the Sheriff's this could be fun... I wonder who will win!" See Gr. Ex. A, p. 47. Why are your PDs happy about a war with Deputy Sheriffs? Aren't they all working the courtrooms together? And then some of them try to minimize the undersigned complaint yesterday by, for example, pointing out a misspelling in Mr. Casper's email. See Gr. Exhibit A, p. 49. Are they not taking the complaint seriously? Because rather than perhaps apologizing for their bullying, this makes it appear that they, instead, are nitpicking the complaints and making fun of them.

4

### d) The Public Defender's Office will be Your Absolute Worst Enemy

These certain public defenders have run afoul of their mission as justice for all and turned this into an "us" versus "them" narrative. This agenda became evident yesterday evening on Attorney Casper's personal Facebook page. To be clear, none of the public defenders that commented on his postings are Facebook friends with Mr. Casper. Instead, these public defenders had a coordinated, premeditated plan to bully and harass Mr. Casper and anyone that they perceived to oppose their position. While some of these messages were within the realm of healthy discourse, those statements were dwarfed by the invectives launched by certain PD's including:

i. Threatening a private citizen that "if [you] insult my friend again, I'll be your absolute worst enemy. You have nothing to do with this thread. Stay in your lane." See Group Ex. A. p. 38.
ii. Referring to a private citizen using "it"[2] and then further denigrating that individual's intelligence by stating "it can read." It in this context is construed as derogatory to the LGBT community. See Group Ex. A. p. 38.
iii. Referring to attorney Scatchell as "troll #2."[3] See Group Ex. A. p. 39.
iv. Threatening to continue bullying attorney Casper by stating, "I have to go make you famous!" See Group Ex. A. p. 35.
v. calling a member of the public's post a "terd [sic]"
vi. Threatening to contact the ARDC for Mr. Casper having stood up for his client base and taken the PDs to task for their own online bullying.

As another example, Julie Koehler furthered the "us" versus "them" rhetoric posting the following reply:

And FYI, I unfriended all of my prosecutor and sheriff Facebook friends a while back. During the trial where I was on TV, many of them reported back to the judge that people were putting things on my Facebook page and Ford held me in contempt. They are not your friends and it's not a good idea to have them read your personal business. (Ex. A p. 4)

### e) Public Defenders Calls to "Unseat Racist Judges"

---

[2] "it" is an offensive slur used against trans and gender non-conforming individuals
[3] Attorney Scatchell handles several cyber-bullying cases including minors, professional

5

Certain PD's have even taken aim at "racist judges" and called on the public to "unseat racist judges." See Exhibit A p. 41. Racism has no place in the justice system. However, a bald assertion without more substance undermines the integrity of our judicial system.

Public Defendant Mary Doyle publicly posted that she "found [her] vote significant because I voted NO to retain most of the judges up for retention . . . I have an advantage of knowing a number of these judges because of my job . . . [Judge] Beatriz, Joanne, among those to whom I said yes." Exhibit A pp. 45-46. The number of judges that were up for retention in the past election was finite. Ms. Doyle narrows that list even further by affirmatively stating the judges that she voted to retain while attempting to qualify her public criticism by "knowing these judges" because of her job as a public defender. *See Florida Bar v. Sean William Conway*, No. SC08-326 (Fla. 2008) (Attorney made derogatory comments about the Judge holding that the attorney's behavior was prejudicial to the administration of justice).

   f) **Public Defender Using Sexist Verbiage.**

So too, as Mr. Casper also pointed out yesterday, some of your PD's are far from using sanitized, appropriate language on the internet. Calling President Trump a "twat" and that he should "suck it"? See Group Exhibit A pp. 42-43. This is a sexist, misogynistic term. It could be we are all not in love with President Trump, but using such a degrading term for women to refer to him? We could say the same thing about the PD who posted that disgusting comment, as your PD's say about the Deputy who made his post – are your PD's fit to represent indigent women in the courtroom when they freely use sexist and misogynistic language on the internet, such as "suck it" and "twat"? We cannot say express over-confidence when we see those terms so loosely thrown around by your PD. Worse still, one of your PD's whitewash the sexist, misogynistic connotation of "twat" by citing a definition in Urban Dictionary. See Gr. Ex. A p. 44. This is the lynchpin of hypocrisy.

   1. <u>Laws Governing the Conduct of Public Defenders</u>

We respect PD's First Amendment right to express their personal views on private online forums. However, as public servants, they are held by the public to a higher standard, and we expect that this office will exhibit civility and courtesy toward all members of the public. This is an opportunity to lead by example and to draw the line in the sand firmly that as public defenders you have a higher calling and cannot engage in hate speech that interferes with the mission of your office, which is **equal justice for all**.

6

These postings are far from peaceful, benign speech. Moreover, the aforementioned PD's conduct could be reasonably construed to be an invasion of privacy, defamatory, and tantamount to conduct unbecoming of a public defender. More importantly, these postings are not protected by the First Amendment as they interfere with and compromise your office's ability to perform its responsibilities as Assistant Public Defenders. Specifically, these statements unfairly undermine public confidence in the administration of justice by calling judges "racists," attorneys "trolls," President Trump a "twat," or telling him to "suck it" (See Gr. Ex. A, p. 42-44), demanding that Sheriff's Deputies be fired for posting "insulting" posts without due process, and telling private citizens to "stay in their lane" and "mind their own business."

Given the coordinated efforts exhibited by these certain PD's, we are also concerned about the numerous potential Open Meetings Act violations that may have ensued over the last few weeks involving six or more public defenders through their social media communications. The sequence of posts among these public defenders indicates that they have bandied together to bully and insult their purported critics. This dangerous position takes a "punish first" and "investigate later" approach. This conduct is inappropriate, unprofessional, and has the potential to cause disruption to the functioning of the court system.

So too, the Sheriff's officers did not give up their constitutional rights when they became officers. However, these Deputies feel disempowered to defend themselves from these public attacks given Sheriff Dart's proclivity to harshly punish officers for minor infractions. Accordingly, while your PD's are able to bully away apparently without recourse on the Internet, our client base is largely afraid to respond and defend itself from these attacks. Your PD's are officers of the Court, have a duty to respect the Court system – including the Sheriffs who serve in the jail and in the courtrooms – and this kind of online bullying behavior from licensed attorneys undermines both the public perception of the judicial forum, as well as their obligations to the Court.

Considering the recent your office's public denouncement of certain Sheriff's Deputy's social media posts, we are personally shocked and disappointed by the pervasive and ignorant generalizations made by your own office's staff. Your office is employing a double standard and as officers of the court should lead by example and exact change without further inflaming an already dangerous situation brewing between the public and law enforcement. Accordingly, we request that your office launch an immediate internal investigation into the conduct of these court officers. Any one of these postings would be considered corrosive and incendiary. However, when viewed in the aggregate, these postings reveal a pattern of conduct that contrary to the administration of justice

2023-09-10 Baumann D's Production 123

and is distressing to our clients, the taxpayers, and as members of the Illinois Bar and officers of the Court.

We are further informed and believe that additional postings may appear on the Public Defender's private Facebook pages and on "Black Twitter" based on the vitriol seen yesterday. *See Also* Exhibit A p. 12 (Joselynne Gardner: "Please take these to Black Twitter [sic] FB does not have the same impact…")In that vein, please preserve all of the aforementioned and attached Facebook or related social media postings, Snaps, instant messages, voicemails, and other communications related to this matter, including all electronic files (e-mails, texts, calendars) and paper documents (files, presentations, diaries, calendars). The foregoing list is not exhaustive, and your Office must preserve all information relevant to this Matter. The PD's office's failure to preserve relevant data may constitute spoliation of evidence, which may subject your office to sanctions. This communication is written without waiver of or prejudice to our clients' rights or remedies, all of which are expressly reserved.

We look forward to hearing from you about how your office will be dealing with this. If we can provide further information, please let us know.

Respectfully submitted,

/s/ Cass T. Casper

_____

Cass T. Casper, Esq.
105 West Madison Street, Suite 1350
Chicago, Illinois
P: (312) 351-2478
E: ctc@talonlaw.com

/s/ Gianna Scatchell, Esq.

_____

Gianna Scatchell, Esq.
Law Offices of Gianna Scatchell, Esq.
360 West Hubbard Street, Suite 1404
Chicago, Illinois

cc:
Cook County Board President Toni Preckwinkle
Sheriff Thomas J. Dart

8

# EXHIBIT A001

| Assistant Public Defender | Link to Facebook Profile |
|---|---|
| Wendy Fawcett | https://www.facebook.com/wendy.fawcett.9 |
| Sarah Fransene Spelman | https://bit.ly/2YMBwPb |
| Anthony Plaid | https://bit.ly/3hFqC6l |
| Maria Svistchova | https://www.facebook.com/maria.svistchova |
| Jennifer Vaughn | https://www.facebook.com/jennifer.vaughn.76 |
| Nisha Dotson | https://www.facebook.com/Nisha.Dotson.Esq |
| Julie Koehler | https://www.facebook.com/koehler.julie |
| Richard Gutierrez | https://bit.ly/3deIly7 |
| Megan Tomlinson | https://www.facebook.com/megan.tomlinson.7 |

EXHIBIT A002

 Cook County Public...

## New Activity

Sort

**Abigail Clough**
Admin · 2 hrs · 🌐

### WARNING TO COLLEAGUES

I was contacted by a manager this morning to discuss a "complaint" filed by Cass Casper, Esq (a labor and employment attorney who represents law enforcement). Attached is a screenshot from my personal FB page, which was then re-posted by someone named "Emm Jay" (who I believe... See More









+2

👍😡😮 8

31 Comments   Seen by 60



Anthony Plaid - This is Michael Quilan. He is currently employe...

EXHIBIT A003



**Anthony Plaid**
10 de junio a las 15:04 ·

This is Michael Quilan. He is currently employed by The Cook County Sherrif Tom Dart and "serves" as a courtroom deputy. He apparently didn't like the rally and march we had on Monday so he wished us "good luck" "when the courts open back up." He unfriended a lot of us, including me (not that I care I didn't request him anyway), but didn't unfriend enough so that we didn't get the post. Maybe all those years we "turned to you for help," you should have picked up some free legal advice when we would tell our clients to not post on social media. And by "instigator," maybe you meant organizer of a peaceful protest. Funny thing is I, along with other PDs, don't even put deputies in the same boat with the police ,but since you want to jump on board...Share away people. Make him famous. #blacklivesmatter





**Michael Quinlan**
55 mins ·

...en rather scrolling through her ...ng all the people that for years hav... ...d to me for help at work. Good luck... all when the courts open back up!

👍 75                          25 Com...

Like        Comment

**Michael Quinlan**
Did anybody else read the artic... published about yesterday's PI... march at CCB. the main instigator was a deputy and is now a PD.

Michael Quinlan

**Páginas sugeridas**                    Ver todas

**Anna Krolikowska**
**Attorney at Law**
A Chris y 7 amigos más les gusta.
👍 Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
👍 Me gusta

**Melrose Park, Illinois**
**Local - News Break**
A Laura y 8 amigos más les gusta esto.
👍 Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios ⓘ · Cookies · Más ▾
Facebook © 2020

😮❤️😮 103                216 comentarios 91 veces compartido

👍 Me gusta      💬 Comentar      ↪ Compartir



**David Kelly** Can you make this shareable?
Me gusta · Responder · 1 sem          👍 1
   ↪ Lisa Mac respondió · 7 respuestas

**Shelley Aniciete** Instigator?! Well that sure speaks volumes.
Me gusta · Responder · 1 sem          👍❤️ 5
   ↪ Anthony Plaid respondió · 4 respuestas

**Megan Tomlinson** Same re never considering deputies police
Me gusta · Responder · 1 sem          👍 8

**Julie Koehler** Mike works in the Chief Judges Courtroom. Who is the "instigator?" Did you used to be a sheriff Anthony? I don't understand that part.
Me gusta · Responder · 1 sem
   ↪ Anthony Plaid respondió · 1 respuesta



2023-09-10 Baumann D's Production 128



Cynthia Bauman Is this the only person unfriending pds who participated in the rally? Not saying "only" in a dismissive sense.
Me gusta · Responder · 1 sem

Will Howard Buh Bye Michael
Me gusta · Responder · 1 sem

Will Howard It's a block party 😂 1
Me gusta · Responder · 1 sem · Editado

Will Howard He one if the ones not doing is justice talking about just take the plea and you innocent
Me gusta · Responder · 1 sem

Jennifer Willis Ugh. Wrong on multiple levels. And while he's free to be an ass, he is not free to publicly make threats to strategically fail to do his job. No other way to interpret it. 👍❤️😮 31
Me gusta · Responder · 1 sem

Sarah Fransene Spelman totally what I was thinking... whatever about the asshole remarks as a whole, the veiled threat to not keep us safe is beyond the pale.
Me gusta · Responder · 1 sem 👍 13

Quinlan Cathleen Jennifer Willis what threat....he has a right to voice his opinion...just like you!
Me gusta · Responder · 1 sem

Jennifer Willis Quinlan Cathleen He describes the people he is deleting as all the people who "turned to him for help at work." A clear reference to people he is tasked with protecting in court. Then he says "good luck to them all when courts open." The implication is that they will need luck because they will not have his assistance in the future. This type of threat is veiled, because it is thinly hidden rather than direct. And the law, and presumably the code of conduct for his employment, condemns both direct threats as well as veiled threats. And you're correct, we all have the right to express our opinions. But in my opinion, this crosses the line. But I suppose we'll see what happens next.
Me gusta · Responder · 1 sem 👍 10

Quinlan Cathleen Jennifer Willis favors are not tasks...it goes beyond what his employment duties are!
Me gusta · Responder · 1 sem

Jennifer Willis Quinlan Cathleen his post says nothing about favors. He literally described the exact parameters of his employment - people in court turning to him for assistance. I would hazard a guess that not a single one of the PDs he unfriended ever asked him for a favor.

Every single one of us who read this interpreted it as a threat.

But again, I expect whatever supervisor or governing entity who reviews behavior at the Sherif's department will resolve this issue for us all.
Me gusta · Responder · 1 sem · Editado 👍 8

Escribe una respuesta...

Shelley Aniciete Loveleen Ahuia 😡 1
Me gusta · Responder · 1 sem

Ashley Janell' Crazy part is we were just in his court room for that murder trial. He was our best friend the whole trial. Funny how the truth always comes out 👍 4
Me gusta · Responder · 1 sem

Páginas sugeridas                    Ver todas

Anna Krolikowska
Attorney at Law
A Chris y 7 amigos más les gusta.
👍 Me gusta

Process Server Jobs
A 183 personas les gusta esto.
👍 Me gusta

Melrose Park, Illinois
Local - News Break
A Laura y 8 amigos más les gusta esto.
👍 Me gusta

Español · English (US)
Português (Brasil) · Français (France)
Deutsch

Privacidad · Condiciones · Publicidad
Opciones de anuncios ▷ · Cookies · Más
Facebook © 2020





6/18/2020
Case: 1:23-cv-00435 Document #: 50-5 Filed: 09/13/23 Page 31 of 73 PageID #:362
EXHIBIT A007

threatened my coworkers (all of whom btw take less money everyday than they could make as private attorneys so that they can provide a constitutionally mandated service to cook county residents). And I don't get to stop him from speaking, but I sure hope his boss does the right thing and fires him for it.

Me gusta · Responder · 1 sem · Editado          8

**Abigail Clough** Emmett Manning And FYI, "while contributing nothing to society even in the same accord he has" is not the way to earn respect or apologize.

Me gusta · Responder · 1 sem          3

**Coryn Washington** Emmett Manning I think you're a little bit confused about your "rights" to free speech. We have the right to march against police brutality. Your cousin has a right to criticize us. We, then, have the right to criticize him for that criticism, as well as rightfully reporting him for threatening to refuse Public Defenders protection in the courtroom. "Free speech" cuts both ways.

Me gusta · Responder · 1 sem          15

**Che Eevy** Hey guy...... blah blah. Who said he wasn't a good brother cousin people always point out some irrelevant b.s! Who gives af! He said what he said and you can delete yourself as did he!

Me gusta · Responder · 1 sem          2

**Emmett Manning** he literally said, I'm not doing favors for people anymore. If you can't get that I can tell you where you can go.

Me gusta · Responder · 1 sem

**Emmett Manning** Hey where's the post of murderers over the weekend?

Me gusta · Responder · 1 sem

**Margaret Gutierrez** Dude, first off, Anthony, like the rest of us, is a public servant, just like law enforcement. So that's what we're doing besides being tough on Facebook. It's interesting that you seem to think one type of public service is more important than the oth... Ver más

Me gusta · Responder · 1 sem · Editado          14

**Emmett Manning** You find it necessary to tear down a man for his opinion. That is suppression of the first amendment completely. Blah blah that's funny. That's your argument?

Me gusta · Responder · 1 sem

**Emmett Manning** Margaret Gutierrez well aren't we dismantling police though? All he literally said was he wasn't doing favors for anyone anymore. If you're gonna try to attack someone based solely on their opinion, you're the one whose wrong. Not him.

Me gusta · Responder · 1 sem

**Margaret Gutierrez** Oh, he literally said I'm not doing favors for people anymore? Show me where he said that. I'm waiting.

### Páginas sugeridas                    Ver todas

**Anna Krolikowska**
Attorney at Law
A Chris y 7 amigos más les gusta.
👍 Me gusta

**Process Server Jobs**
A 183 personas le gusta esto.
👍 Me gusta

**Melrose Park, Illinois**
Local - News Break
A Laura y 8 amigos más les gusta esto.
👍 Me gusta

Español · English (US)
Português (Brasil) · Français (France)
Deutsch                                        +

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ▷· Cookies · Más ·
Facebook © 2020

EXHIBIT A008

Buscar

Inicio    Crear

its been rather fun scrolling through here and deleting all the people that for years have turned to me for help at work. Good luck to them all when the courts open back up!

👍❤️😆 73                              26 Comments

👍 Like        💬 Comment        ↪ Send

Michael Quinlan
Did anybody else read the article published about yesterday's PD march at CCB. the main instigator was a deputy and is now a PD.

👍 4

**Margaret Gutierrez** Emmett Manning since when is saying I will not do my job a matter of opinion?

Me gusta · Responder · 1 sem                              👍 6

**Emmett Manning** He LITERALLY SAID he wasn't doing favors for people anymore. And I think this bs post is the reason why he's right. Is anyone helping him or are we just going to attack him for his honest opinion, which he's entitled to have, because what?

Me gusta · Responder · 1 sem

**Emmett Manning** This post is a joke.

Me gusta · Responder · 1 sem

**Margaret Gutierrez** dude, where did he "literally" say that? I don't see the word "favors" in his post. I see, "good luck to them all when courts open back up." Do you know what literally means?

Me gusta · Responder · 1 sem                              👍 7

**Abigail Clough** Emmett Manning Don't make it worse. Have Mike apologize.

Me gusta · Responder · 1 sem                              👍 4

**Emmett Manning** yet the stupid translation you're using from that is "I won't do my job". If any of you idiots can find that quote? Feel free to judge. He didn't. And yet again, imaginary wound that no one caused, and we want justice. How many on this have saved a life?

Me gusta · Responder · 1 sem

**Emmett Manning** Abigail Clough F off. He doesn't have to apologize for a thing. Hey, have those 18 murderers in Chicago on Sunday apologize then we'll talk

Me gusta · Responder · 1 sem

**Abigail Clough** Emmett Manning Tell Mike to talk to his union rep. This isn't productive. You're making it worse.

Me gusta · Responder · 1 sem                              👍 4

**Rahsaan Gordon** Emmett, seems like reading comprehension may not be your thing. We all have our challenges in life. But bless your heart for trying to stick up for your cousin.

Me gusta · Responder · 1 sem                              👍❤️😆 15

**Richard Gutierrez** Emmett Manning I'm confused...were those 18 murders at the protest your cousin is so mad about...or did you just (1) assume they were black, and (2) somehow confuse them with the public defenders who were marching...not showing your best colors buddy (or hell maybe this is your best, what a travesty)

Me gusta · Responder · 1 sem                              👍 3

Páginas sugeridas                              Ver todas

**Anna Krolikowska**
**Attorney at Law**
A Chris y 7 amigos más les gusta.
👍 Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
👍 Me gusta

**Melrose Park, Illinois**
**Local - News Break**
A Laura y 8 amigos más les gusta
esto.
👍 Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ▷ · Cookies · Más ▾
Facebook © 2020

EXHIBIT A009



Just like our mutual friend John Timothy. And btw, this arm chair quarterbacking/ fighting the fight from park ridge? Give me a break. He's a great guy. If you knew him you'd know.

Me gusta · Responder · 1 sem

**Emmett Manning** And what level of cowardice is it to "make someone famous"?EAD

Me gusta · Responder · 1 sem

**Emmett Manning** Richard Gutierrez nope those were just dark on black, temperature is rising, nice time of year shootings all these monster cops deal with you don't hear about on cnn

Me gusta · Responder · 1 sem

**Margaret Gutierrez** This is incredibly fucked up and racist. You're racist.

Me gusta · Responder · 1 sem     9

**Richard Gutierrez** Emmett Manning you're an asshole (and those true colors really shined through quick)

Me gusta · Responder · 1 sem · Editado     5

**David Kelly** Emmett Manning SMH

Me gusta · Responder · 1 sem     1

**Emmett Manning** Margaret Gutierrez hilarious. My girlfriend is black. I' have Hispanic relatives as in laws I love. I think you might be the racist. But hey, thanks for pulling that card out when you ran out of intelligent words. Are you a fan of al sharpton too? The biggest anti Semite this side of ilhan Omar?

Me gusta · Responder · 1 sem

**Emmett Manning** David Kelly oh boo hoo.

Me gusta · Responder · 1 sem

**Coryn Washington** Emmett Manning I really hope your girlfriend is aware she's dating a racist.

Me gusta · Responder · 1 sem     14

**David Kelly** Emmett Manning You should stop. You're not making this situation any better, in fact, you're making it a whole lot worse. There's some free legal advice for you!

Me gusta · Responder · 1 sem     3

**Margaret Gutierrez** Coryn Washington 🍸 I'm dead

Me gusta · Responder · 1 sem     3

**Abigail Clough** Emmett Manning I really think you need stop. Yes, John is an old friend I respect him immensely. He respects me. I live in Logan Square (I'm not sure about Park Ridge). But I REALLY think you need to understand that Mike's post involved a work situation. People have tried to reach out to him personally and he has not responded (which is probably smart). But I assure you that YOU are not helping the situation.

Me gusta · Responder · 1 sem     3

**Douglas Lavell** Emmett Manning Cracker

Me gusta · Responder · 1 sem

**Margaret Gutierrez** omg wtf are you talking about. Did you read about this on the Daily Stormer?

Me gusta · Responder · 1 sem     2

**Emmett Manning** Douglas Lavell sounds pretty racist but ok

**Páginas sugeridas**     Ver todas

**Anna Krolikowska**
**Attorney at Law**
A Chris y 7 amigos más les gusta.
👍 Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
👍 Me gusta

**Melrose Park, Illinois**
**Local - News Break**
A Laura y 8 amigos más les gusta
esto.
👍 Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ▷ · Cookies · Más ·
Facebook © 2020









EXHIBIT A013



EXHIBIT A014

Margaret Gutierrez If he saw it on Fox News I guess it's true 🤦

Me gusta · Responder · 1 sem

Quinlan Cathleen Coryn Washington Pretty sure he doesn't need you to like him! What is this....Kindergarten

Me gusta · Responder · 1 sem

Margaret Gutierrez This is your best comeback?

Me gusta · Responder · 1 sem

Quinlan Cathleen Margaret Gutierrez yep...

Me gusta · Responder · 1 sem

Bob Cotter Quinlan Cathleen the " kindergarten" thinking is yours when you mistake peaceful written criticism for a violation of First Amendment rights.

Me gusta · Responder · 6 d · Editado

Sharone Mitchell Is this real life?

Me gusta · Responder · 6 d

Johnny Ponce Quinlan Cathleen how is Anthony spreading someone else's speech also threatening that same speech? He's certainly not silencing him. And Sharone, I had the same question, is this really happening?

Me gusta · Responder · 6 d

Escribe una respuesta...

Andrea Bonds Anthony Plaid you're a G.

Me gusta · Responder · 1 sem

Sheree D. Henry How does he work in cook county, but live in Will county?

Me gusta · Responder · 1 sem

Tamara Misevich Sheree D. Henry was he grandfathered in before the living restrictions. If not, bye bye. I think all Cook County employees addresses need to be checked.

Me gusta · Responder · 1 sem

Billy Judge Sheree D. Henry There is no residency. Many people live in Indiana

Me gusta · Responder · 1 sem

Chandra J Smith Sheree D. Henry you don't have to live in cook county. As a matter of fact I believe a sheriff filed a law suit and won sometime around 2004 unless they have changed it since.

Me gusta · Responder · 1 sem

Tamara Misevich City and County jobs should be for people living in said City and County. Why should these jobs go to people living out of said County, and most definitely should not be given to people out of State. My opinion.

Me gusta · Responder · 1 sem

Lucille Johnson Sheree D. Henry. Right

Me gusta · Responder · 5 d

Ileane Holley Sheree D. Henry that's only for Chicago PD, Fire, city colleges, mayor's office,etc. Cook county is more than Chicago.

Me gusta · Responder · 5 d

Páginas sugeridas    Ver todas

Anna Krolikowska
Attorney at Law
A Chris y 7 amigos más les gusta.
Me gusta

Process Server Jobs
A 183 personas les gusta esto.
Me gusta

Melrose Park, Illinois
Local - News Break
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ▷ · Cookies · Más ▾
Facebook © 2020



EXHIBIT A016



**Bob Strunck** He seemed friendly enough years ago in Branch 66. If he shot off his mouth, not exactly mensa material.

Me gusta · Responder · 3 d

**Shari Pop Gladney** Did any of his FB friends and family say anything during his post like "No you're wrong. They are peacefully protesting. I can't believe you think like that. Why would you think they are wrong for peacefully protesting??!" Bc This is a reason so much racism and discrimination continues. If none of his sheriff friends denounced his comments, how are you NOT part of the problem??! For far too long, you've allowed these types of comments to be freely made in your presence and Said NOTHING and the ONLY THING we can take from that is that YOU agree with them

Me gusta · Responder · 19 h

Escribe un comentario...

**Páginas sugeridas**     Ver todas

**Anna Krolikowska Attorney at Law**
A Chris y 7 amigos más les gusta.
👍 Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
👍 Me gusta

**Melrose Park, Illinois Local - News Break**
A Laura y 8 amigos más les gusta esto.
👍 Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

2023-09-10 Baumann D's Production 140

# EXHIBIT A017

**Wendy Fawcett**
June 10 at 20:35·

I made a personal commitment to stand as an ally. And to be honest, I wasn't sure if I was going to post this. But again, I reminded myself that silence is violence. This is some f * cked up backlash that my colleagues are now facing for putting together the PD march on Monday. This courtroom deputy is basically making a veiled threat that he won't protect the PDs, which is his job to do. I don't know if this is the right place to start, but here is the Sheriff's customer complaint number: (773) 674-5959.



**Anthony Plaid**
June 10 at 3:04 p.m.

This is Michael Quilan. He is currently employed by The Cook County Sherrif Tom Dart and "serves" as a courtroom deputy. He apparently didn't like the rally and...
see more

fifteen          1 comment

I like      Comment      Share

**John Kelly** Sounds "systemic"?

https://www.facebook.com/wendy.fawcett.9?comment_id=Y29tbWVudDo3MDAxNzI3NzcxOTI3NDBfNzAwMjQwOTkzODUyNTg1     1/1

# EXHIBIT A018

**Wendy Fawcett**
19 h ·



MAKOSICA.BANDCAMP.COM
**Featuring Tatsu Aoki, Thymme Jones & Jacob Fawcett, by mako sica**          `save`

one

| I like | Comment | Share |
|---|---|---|

Write a comment...

---

 **Wendy Fawcett**
June 16 at 17:18 ·

Good news, guys! It's not all cops that are bad. 3 white people said so. 👍

27                                    15 Comments  3 times shared

| I like | Comment | Share |
|---|---|---|

 **Nikki Gonzalez Nelson** Lol # ACAB

# EXHIBIT A019



TENOR

I like · Reply · 1 d                                    2

 **Wendy Fawcett** Nikki Gonzalez Nelson this is legitimately the
face I make about 16 hours a day

I like · Reply · 1 d                                    one

 **Jeannette Wize** Wow ... that's really the attitude to help make
positive change. I continue to keep positive thoughts for you as
someone I feel is my friend.
I will continue to do all I personally can to make changes that
contribute to the greater good on the heavy issues we've discussed
on this public platform.
EVERYONE is allowed to express their feelings, lord knows I have,
and will again.
 
Respectfully and Sincerely.

I like · Reply · 1 d                                    one

 **Wendy Fawcett** Jeannette sorry but being "nice" and
"respectful" or SILENT has gotten us to this point. Thoughts
and prayers hasn't stopped mass murder or evoked
reasonable gun control just like your positive thoughts won't
change the fact that there's a systematic p ... See more

I like · Reply · 1 d                                    9

<span style="color:red">**EXHIBIT A020**</span>

 **Jeannette Wize** Keeping positive, and speaking up do work. You've given me many details to consider, and to speak out on within my community. Speaking respectfully, and powerfully IS possible. I'm not asking you to be subservient (in case that was interpreted that way).
I will continue to listen to your perspective, as listening is very important.
Thoughts and prayers DO help, but they need the voice of change to BE heard too - not empty lip service of "I'll pray for you".
Also, in case this is not clear, "all cops" are not in the right, but distinguishing those that are - from those that aren't - IS still important. It's not about "rewarding for required job completion", but helping to keep from potential generalities getting interpreted as "all are bad".
Still with sincerity and respect.

I like · **Reply** · 1 d · Edited

 **Amy Smith** Wendy Fawcett Exactly. Being respectful, submissive, & nice gets us hit with rubber bullets, pepper spray, blamed for the rioting and looting that whypipo are doing, and we are still being targeted, harassed, hurt, and killed by cops even after George Floyd's murder. Maybe cops and whypipo need to be the nice ones for once.

one

I like · **Reply** · 1 d · Edited

Write an answer...

 **Darian Nocentelli**



**TENOR**

**EXHIBIT A021**

I like · Reply · 1 d

 **Candy Minx** There's no way some people are able to change or see that the world is an illusion ... so when transformation occurs they dig in and fight to hold in the rigid ideas. This happens in scientific theories, in art and in social structures.

Some people ar ... See more

I like · Reply · 1 d

 **Katherine Ribbeck Balcerzak** But all cops aren't bad!

I like · Reply · 1 d

 **Wendy Fawcett** Katherine Ribbeck Balcerzak I realize the word "all" is triggering for those who don't want to believe there's a problem. But there's a systematic, cultural problem with American policing

I like · Reply · 1 d     6

 **Mike Halpert** Katherine Ribbeck Balcerzak what do you call a "good cop" who doesn't turn in a bad one?

I like · Reply · 1 d     one

 **Sarah Fransene Spelman** Mike Halpert why do riot police go to work early?
.
.
.
To beat the crowds.
ACAB.

I like · Reply · 1 d    one

 **Katherine Ribbeck Balcerzak** Wendy Fawcett I support my law enforcement And I do believe there is a problem with some police but like I said ALL cops are not bad!

I like · Reply · 17 h

 **Wendy Fawcett** Katherine Ribbeck Balcerzak we all support law enforcement with our taxes. I demand that they ALL be held accountable, whether they directly caused the harm, covered up, remained silent or turned a blind eye.

I like · Reply · 17 h    2

Write an answer...

 **Tabitha Kateri** Damnit, Wendy, you're watching Fox again, aren't you ?!

I like · Reply · 16 h

# EXHIBIT A022

**Wendy Fawcett**

June 16 at 08:50 ·

these pictures and stories about the "good cops," the ones who give out hugs, or conduct a traffic stop without killing the black or brown driver, it's like people want to give them a trophy for participation or whatever bullshit they are always complaining about millennials. Oh, look they did their job properly. Smile for the camera. # blacklivesmatter # defundthepolice # holdcopsaccountable

18                               16 Comments   1 time shared

| I like | Comment | Share |
|---|---|---|

 **William P. Wolf** You're surprised that someone wants credit for not closing another's breathing tube?

I like · Reply · 1 d

 **Wendy Fawcett** I'm not surprised. I'm just tired of the "but, but, but look at this guy. He's a good guy" stories.

I like · Reply · 1 d     2

 **Wendy Fawcett**



I like · Reply · 1 d     3

 **Caroline Simon** Wendy Fawcett it is interesting that this person described murdering people on camera so flippantly as "questionable interactions" and "mak [ing] for clicks and eyeballs." This person should rethink some things in their life. Thank you for standing up to them.

I like · Reply · 1 d

Write an answer...

 **Gordon Levin** I happen to know lot of law enforcement Wendy. We're going to have to agree to disagree here.

I like · Reply · 1 d

Hide 11 answers

6/18/2020     Case: 1:23-cv-00435 Document #: 50-5 Filed: 09/13/23 Page 47 of 73 PageID #:378

# EXHIBIT A023

**Wendy Fawcett** Gordon Levin so you're not willing to question your belief system? You're not willing to listen to the black and brown people who say, not all encounters are like the one you posted? You're not willing to question the data you cited? Where did that data come from? Who is the gatekeeper of that information?

I like · Reply · 1 d    3

**Gordon Levin** Wendy Fawcett My data comes from NIJ. Their latest report on Crime and Race is from 2015. Easily available for you to Google. I try not to have a "belief" system; I try to be governed by facts and logic, not emotions.

I like · Reply · 1 d

**Wendy Fawcett** And where does NIJ get their data?    2

I like · Reply · 1 d

**Wendy Fawcett** You do have a belief system. You are choosing to believe that the majority of cops are good. That what we see, these deaths, that because they make the news, those are the bad cops. That there aren't more bad cops because we don't see them in the news.

I like · Reply · 1 d    2

**Gordon Levin** Wendy Fawcett If 0.1% of 800,000 cops were "bad" that would be 800 bad cops. Now, we can be snarky and say that's 800 too many, or we can be objective and say that a very high percentage of the cops are good, and we should be trying to work to make it even better. Look at any other profession and tell me they have any better rate of performance by any measure?

I like · Reply · 1 d

**Wendy Fawcett** Gordon Levin I told you I'm done with this conversation because it became passive-aggressive. Have a nice day.

I like · Reply · 1 d    one

**Patricia Parker** Gordon Levin the thing is, the bad cops are literally killing people. And they are protected by their unions. At the very least, union rules need to be changed to make it possible for cops who murder be able to be fired and never rehired as cops or peo … See more

I like · Reply · 1 d    one

**Gordon Levin** Patricia Parker Totally agree! If you go to my FB page and were to scroll down, you'd find that I previously posted total support for the NAACPs list of actionable changes that should be enacted.

I like · Reply · 1 d    one

**Revolutiôn MacInnes** Gordon Levin Good cops would stop bad cops, even if risking their lives to do so.

2023-09-10 Baumann D's Production 147

https://www.facebook.com/wendy.fawcett.9?comment_id=Y29tbWVudDo3MDAxNzI3NzcxOTI3NDBfNzAwMjQwOTkzODUyNTg1    2/3

Good cops would be pushing bad cops out of the
profession. … See more

**EXHIBIT A024**

I like · Reply · 1 d                                                    one

 **Gordon Levin** Total BS. You've seen thousands of good cops
marching against a few bad cops over the last few weeks. Good cops
do fire bad cops. However, we could certainly use some new new rules
for police union contract negotiations ...

I like · Reply · 1 d

 **Revolutiôn MacInnes** Gordon Levin What kind of crack are you
smoking? Cops are marching like jackbooted thugs to protect their
own. Their culture is violent. They are violent. They cannot
change. We need a new paradigm.

I like · Reply · 1 d

Write an answer...



6/18/2020    (...)Wendy Fawcett - 5 veces I had my hands on the trigger by about(...)

Case: 1:23-cv-00435 Document #: 50-5 Filed: 09/18/23 Page 49 of 73 PageID #:380

EXHIBIT A025

**Wendy Fawcett**
May 30 at 16:11

Everyone who's said more the last few days about property and buildings, but didn't have a word to say about a black man's death at the hands of a cop, excuse me, by the knee of a cop ... I see you. oh I know, I know. You don't support "those actions." Yes, you do. We ALL do! You pay taxes? You pay that man's salary. We pay the salaries of dudes with badges who have the PRIVILEGE to carry a badge. And with that PRIVILEGE, and with our support, they kill when they decide. (Or sometimes they just shoot in the back, or buttock, or leg.) And OVERWHELMINGLY, THEY DECIDE TO KILL BLACK AND BROWN PEOPLE. Your tax dollars are spent supporting a culture (police department culture) that is racist and furthers white supremacy. (Your tax dollars are also spent in settlement $$$) And you're concerned about STORES! STORES! Not LIVES? Stores. Ok. I see you.

28                                    2 comentarios 4 veces compartido

Me gusta          Comentar          Compartir

**Megan Tomlinson** 🙏🙏🙏❤️❤️❤️
Me gusta · Responder · 2 sem

**Benjamin Hayes** On point as usual **Wendy Fawcett**!! 💯
Me gusta · Responder · 2 sem

Escribe un comentario...

**Suggested Pages**                              See all

**Melrose Park, Illinois Local - News Break**
TO Diana and 8 more friends like this.
👍 I like

**Drive for DoorDash**
270 people like this.
👍 I like

**Law Offices of John D. Kirby, APC**
77 people like this.
👍 I like

Spanish · English (US) · Português (Brazil) · Français (France) · Deutsch

Privacy · Conditions · Advertising · Ad options · Cookies · Plus
Facebook © 2020

2023-09-10 Baumann D's Production 149

EXHIBIT A026





EXHIBIT A028



I like · Reply · 1 week

Write a comment...

6/18/2020
Case: 1:23-cv-00435 Document #: 50-5 Filed: 09/13/23 Page 53 of 73 PageID #:384
Megan Tomlinson - If you want to talk about looting, do you know how man... 

EXHIBIT A029



EXHIBIT A030





**Megan Tomlinson**

EXHIBIT A03!



**Inicio** **Crear**



Megan Tomlinson | Biografía ▾ | Reciente ▾

**Agregar**

## Fotos





**Megan Tomlinson**
30 de mayo a las 12:23 · 🌐

Prosecutors cannot prove intent to murder George Floyd? Let's talk about intent. Since cannabis became legal in Illinois, the Chicago Police Department has repeatedly arrested and charged young black and brown men who are found with small amounts of cannabis on their person, with the felony offense of possession with intent to sell cannabis, where there is absolutely no evidence of intent to sell it. These officers charge these black and brown men with class 3 felonies simply by alleging intent to sell, thus punishable by 2-5 years in prison, for possessing cannabis which is perfectly legal for white citizens of Illinois. You're disgusted with looting a Target? I'm disgusted with police officers purposefully ruining a young person's life by arresting them and sending them to prison for something that those officers know is perfectly legal. And then prosecutors want to say they cannot prove intent to murder George Floyd. SMH.

 54

10 comentarios  4 veces compartido

 Me gusta  ☐ Comentar   Compartir

 **Lindsay Bremer** Can you make this public so I can share it Meg
Me gusta · Responder · 2 sem

 Megan Tomlinson

Me gusta · Responder · 2 sem

## Amigos · 851 (16 en común)

  



EXHIBIT A032

Megan Tomlinson

Inicio    Crear



Megan Tomlinson | Biografía ▾ | Reciente ▾

👤⁺ Agregar

  

 **Amigos** · 851 (16 en común)

  

David L.          Rosado Joanne    Pete Garbis
Freidberg

  

David Gaeger      John McDonnell   Gregory Walker

  

 **Megan Tomlinson**
5 de junio a las 12:09 · 🌐

···

Chicago Police Department Officer James Hunt who brags on this video "I kill mother fuckers" and did in fact shoot and kill a juvenile, was on the streets of Chicago this weekend making arrests.
Call the Chicago police superintendent and tell him you want officer James Hunt off the street before he kills again.



CHICAGO.CBSLOCAL.COM
**CPD Officer James Hunt, Who Said He's Killed 'Mother------s,' Could Be Suspended For 1 Year After COPA Review**


EXHIBIT A033

f Buscar                                                          Inicio   Crear  👥  🔔⁵  🔔¹  ❓  ▾



**Cass Casper**
4 h · 🌐

COOK COUNTY COURT SERVICE DEPUTIES:

This is Cook County PD Anthony Plaid. He engages in online social media bullying as part of Cook County's SOCIAL-MEDIA-POLICE-FORCE-ONE by posting personal pictures of a Deputy and encouraging others to bully him. He should have taken life advice from some of his own clients, and not engaged in online bullying! LET'S MAKE HIM FAMOUS AS A SOCIAL MEDIA BULLY!

#ENDHISTAXPAYERFUNDING



**Anthony Plaid**
57 mins · 🌐  •••

This is ▓▓▓▓▓▓. He is currently employed by The Cook County Sherrif Tom Dart and "serves" as a courtroom deputy. He apparently didn't like the rally and march we had on Monday so he wished us "good luck" "when the courts open back up." He unfriended a lot of us, including me (not that I care I didn't request him anyway), but didn't unfriend enough so that we didn't get the post. Maybe all those years we "turned to you for help," you should have picked up some free legal advice when we would  tell our clients to not post on social media. And by "instigator," maybe you meant organizer of a peaceful protest. Funny thing is I, along with other PDs, don't even put deputies in the same boat with the police ,but since you want to jump on board...Share away people. Make him famous.

 3                        9 comentarios  2 veces compartido

👍 Me gusta        💬 Comentar        ↪ Compartir

**Saran Crayton** Cass Casper here is the point you FAIL to understand. These were predominately BLACK PDs who appeared to be targeted for peacefully protesting in a BLACK LIVES MATTER protest on their own time off. NO ONE was protesting COOK COUNTY SHERIFFS. HOWE... Ver más

Me gusta · Responder · 1 h · Editado                    👍 1

  ↳  Cass Casper respondió · 3 respuestas   43 min

**Saran Crayton** That's wonderful that you PERSONALLY have no issue. However, you speak of hypocrisy on the left side of your mouth (so to speak) without acknowledgment the ONLINE bullying of the BLACK PD's on the other. How does that correlate in your mind?

Me gusta · Responder · 41 min · Editado

**Cass Casper** So because you claim that one of the Deputies said something that offended PDs, that justifies a bunch of online bullying from your office? YOU guys are the ones speaking of both sides of your mouths. Furthermore, one of the collages WAS NOT EVEN OF THE PERSON YOU ARE REFERRING TO! IT WAS SOMEONE ELSE ENTIRELY! That's what I'm saying here: YOU GUYS MADE A COLLAGE OF A DEPUTY WHO DID NOT MAKE THAT POST!

Me gusta · Responder · 38 min

**Saran Crayton** Counsel, I'm going to need you to pay attention to detail. Please point to the place where I stated ONE deputy said anything. "YOU GUYS?". I hope the diversity of your constituents are paying attention. Good day, Counselor.

Me gusta · Responder · 34 min

**Páginas sugeridas**                    Ver todas

Drive for DoorDash
A 268 personas les gusta esto.
👍 Me gusta

Law Offices of John D. Kirby, A.P.C.
A 76 personas les gusta esto.
👍 Me gusta

Accounting Freedom LLC
A 15 personas les gusta esto.
👍 Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ▷ · Cookies · Más ·
Facebook © 2020

2023-09-10 Baumann D's Production 157

EXHIBIT A034



made a "make him famous" collage of a Deputy containing pictures of his wife and grandkids, blathered it on the internet for anyone to see, and that that was not even the Deputy who made any of the posts you are referring to? You know, kind of like a case where the wrong guy being arrested by the police. I assume your office knows that's a defense sometimes, right?

**Me gusta** · **Responder** · 30 min   1

**Saran Crayton** Cass Casper I'm sorry, I said. "Good Day, Counselor."

**Me gusta** · **Responder** · 29 min · Editado

Escribe una respuesta...

Escribe un comentario...

**Páginas sugeridas**     Ver todas

**Drive for DoorDash**
A 268 personas les gusta esto.

👍 Me gusta

**Law Offices of John D. Kirby, A.P.C.**
A 76 personas les gusta esto.

👍 Me gusta

**Accounting Freedom LLC**
A 15 personas les gusta esto.

👍 Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ▷ · Cookies · Más ·
Facebook © 2020

2023-09-10 Baumann D's Production 158

**EXHIBIT A035**

**Brian Goodwin** Good Lord..... 

Me gusta · Responder · 3 h

 **Maria Svistchova** Brian Goodwill don't cry, these brave women spent hours with people in custody defending their constitutional rights, during a pandemic! They would do the same for you.

Me gusta · Responder · 2 h    2

 **Maria Svistchova** Just so we are on the same page, you are calling for the Public Defender's Office to be defunded, knowing that the majority of the clients the office serves are indigent accused and people of color I screen shot your call to action and I will make you famous! I'm sure ARDC would love to know about this as well.

Me gusta · Responder · 2 h    1

 **Cass Casper** I am NOT calling for it to be defunded. I am calling your boss out for acting like the social media police on my Client base, many of whom, by the way, take the badge as a means out of poor and underfunded neighborhoods in Chicago, only to face major i... See More

**I like it** · Reply · 2 h · Edited    one

 **Cass Casper** replied · 13 answers  2 h

 **Maria Svistchova** Anyway I have to go make you famous! Bye bye!

**I like it** · Reply · 2 h    one

Ocultar 34 respuestas

 **Cass Casper** And see - that's fine with me, because my position is solid here. Furthermore, that kind of social media bullying from you is exactly what I'm talking about. How is it any different for your office to berate and retaliate against me with social media bullying -- especially after I filed a complaint -- than what you complain of?

Me gusta · Responder · 2 h

 **Cass Casper** It's actually retaliation.

Me gusta · Responder · 2 h

<p style="color:red; text-align:center; font-weight:bold;">EXHIBIT A036</p>

 **Maria Svistchova** Well we will see about your solid ground. Buttom line remains. The deputy was in the wrong 100% what he said was a threat to not protect the public defenders that were at the BLM protest.
He was called out for it. And rightfully so.
I'm not sure what your role is, deputies have a union who will deal with it.

Me gusta · Responder · 2 h                    1

 **Wendy Fawcett** Maria Svistchova looks like he's just trying to use all of this to promote his new union

Me gusta · Responder · 1 h                    2

 **Cass Casper** Absolutely not. Your office attacked my clients. In a major way. Look at the hypocrisy I've pointed out here and stop with the shots at me. I stop my criticism when you stop attacking my Clients.

Me gusta · Responder · 1 h · Editado

 **Maria Svistchova** Cass Casper please explain "good luck when they return to the building" that's all we want. Still waiting....

Me gusta · Responder · 1 h                    1

 **Cass Casper** Who's they? Judges? The public? Litigants? Did you ask what was meant by that comment from the person who
Posted it or did you guys just flip out and start 'make famous' collages? Aren't you supposed to investigate facts as an attorney before coming to knee jerk assumptions and reactions? I would think you would have been certain before other PDs start engaging in widespread online social media bullying over it.

Me gusta · Responder · 1 h · Editado

 **Cass Casper** I guess what you're saying is that you don't actually know what was meant by it. So that tells me your case justifying social media bullying was completely unjustified.

Me gusta · Responder · 1 h

**EXHIBIT A037**

 **Cass Casper** Besides the Abigail post was not even about that Deputy, but another one entirely. Know your facts much?

Me gusta · Responder · 1 h

 **Maria Svistchova** Cass Casper "They" are the BLM protesters outside the courthouse organized and attended by public defenders.

Me gusta · Responder · 1 h

 **Maria Svistchova** If you threaten me on social media I will expose you. That's all the facts you need. Stay focused. Protests then threat then exposure. Nothing complicated here.

Me gusta · Responder · 1 h

 **Cass Casper** Oh do you know that? Did you confirm that through witness interviews? Or is this just a bunch of assumptions you're making?

Me gusta · Responder · 1 h

 **Maria Svistchova** I know what was meant by it that's why I'm ok with results. You are not so I want to hear your explanation.

Me gusta · Responder · 1 h

 **Cass Casper** Oh you "know." Gut assumptions are not admissible evidence as far as I can recall.

Me gusta · Responder · 1 h

 **Maria Svistchova** Still waiting

Me gusta · Responder · 1 h

 **Cass Casper** Not my burden of proof. And I'm still waiting for your explanation about why the PDs were justified in making collages and engaging in social media bullying unbecoming their office.

Me gusta · Responder · 1 h

 **Maria Svistchova** I'm bored with you.

Me gusta · Responder · 1 h

EXHIBIT A038

 **Maria Svistchova** The decision was
made by the Sheriff take it up with him.
The deputy was in the wrong was
rightfully exposed.
We are having Facebook conversation
and you are taking about evidence or
burden. You know why? Because you
can't twist the facts. That statement was
wrong.

Me gusta · Responder · 1 h

 **Cristy Sabs** You're bored? Lol. Spoken
like a true basic b*tch. #karen

Me gusta · Responder · 45 min                    1

 **Maria Svistchova** Cristy Sabs you kiss
your kids with that mouth. Gross.

Me gusta · Responder · 39 min

 **Jennifer Vaughn** Cristy Sabs I do not
know you, and you do not know me. And
we should keep it that way. Because if
you insult my friend again, I'll be your
absolute worst enemy. You have nothing
to do with this thread. Stay in your lane.

Me gusta · Responder · 39 min

 **Cristy Sabs**



Me gusta · Responder · 37 min

 **Cristy Sabs** Jennifer Vaughn noted. That
sounds like a threat to me.

Me gusta · Responder · 32 min

 **Maria Svistchova** Jennifer Vaughn it can
read!

Me gusta · Responder · 31 min

 **Cass Casper** Yeah really. That does
sound like a threat. Are PD's threatening
people now?

Me gusta · Responder · 31 min

 **Maria Svistchova** Cass Casper I'm still
waiting.......

Me gusta · Responder · 31 min

 **Jennifer Vaughn** Cass Casper oh my god
you guys. This all could not be moe
ridiculous.

2023-09-10 Baumann D's Production 162

**EXHIBIT A039**

Me gusta · Responder · 30 min

 **Maria Svistchova** Jennifer Vaughn I'm not sure who she is, but I definitely know she is a troll. Comes in drops a terd and then screams that she is getting threatened. Lol who's the Karen? Mind your own business!

Me gusta · Responder · 28 min

 **Cass Casper** Right. A PD threatening a member of the public. I agree, it could not be more ridiculous.

Me gusta · Responder · 27 min          1

 **Maria Svistchova** Cass Casper still waiting.......

Me gusta · Responder · 26 min

 **Gia Scatchell** Maria Svistchova you are an officer of the court Stop embarrassing the profession and yourself. If you're so bored, might want to review the social media policy for the pd's office.

Me gusta · Responder · 25 min

 **Maria Svistchova** Gia Scatchell hello troll #2

Me gusta · Responder · 25 min

 **Maria Svistchova** Cass Casper still waiting.... maybe your support staff can help you explain what that deputy meant.

Me gusta · Responder · 23 min

 **Cass Casper** OK. Honestly, this is going too far. My intent in all this was to point out some really blatant hypocrisy that is going on and how inappropriate social media bullying is, especially for PD's. Now it's devolving into name-calling and threatening -- none of which I'm on board with. I'm saying goodnight.

Me gusta · Responder · 22 min          1

 Escribe una respuesta...

**EXHIBIT A040**



**Cass Casper** Would you guys like to talk to the Deputy who contacted me about this today and see how upset he was about that post with his family pictured? I can patch you in with him and you can see how much it upset him.No problem.

I like it · Reply · 2 h



**Maria Svistchova** Cass Casper is that the one who said good luck going back to the building? No thanks I think I can out upset him!

Me gusta · Responder · 2 h



**Cass Casper** No it's actually someone else who showed up on Abigail's post.

Me gusta · Responder · 2 h



**Cass Casper** Happy to set up the phone call tomorrow. Just say when.

Me gusta · Responder · 2 h



Escribe una respuesta...



**Benton Williams** After busting their butts all day doing literally hundreds of bond hearings on the weekend they do an awesome dance routine. Those PD s are the best on the planet and I'm proud that they are my colleagues.

I like it · Reply · 1 h        two





**Benton Williams** Plus those are awesome dance routines. They won't let me join.🙁

I like it · Reply · 53 min        one



link.



EXHIBIT A042

**BREAKING** **3 HRS** NYTIMES.COM

## Civil Rights Law Protects Gay and Transgender Workers, Supreme Court Rules

 **Abigail Clough**
3 hrs · 👥

## Woooooohooooo. Suck it Trump.

2023-09-10 Baumann D's Production 166

Show Attachment



ıll Sprint 🤝     3:50 PM     ◉ ⅟ 10%

< 🔍 **Abigail Clough**

**FOLLOW UP.**

**Molly's Birthday Fundraiser**

$695 raised of $500

12 people donated.

😊❤ 2

**Abigail Clough**     ...
March 25 · 🌐

I think any Republican choosing their 401k over quarantine should be forced to sign a waiver giving up their access to a hospital bed and ventilator.
**#followtherules**
**#thePresidentisatwat**

😊❤😆 36     17 Comments   Shares

👍 Like    💬 Comment    ↪ Share

🏠   ▶️   🛒   😀   🔔   ☰



**Maria Svistchova** No need, here you go: ...



Like · Reply · 13h  1



**Dan Kpf** From a more credible source....



EXHIBIT A045



Buscar     Inicio   Crear    



**Mary Doyle**
6 de noviembre de 2018 ·

Yes, indeed, I did vote today! I'm in Cook County and my vote was more of an FU to Trump than thinking that my vote would make a difference to the elections as a whole. Cook County goes Democratic, you know. JB is going to win, so my vote was a miniscual point. I think Kwame Raoul will win, so my vote may count. I will admit now, after the election, that I think Kwame is a doofus. But, he is better than the alternative when it comes to some issues. Let's hope he follows through.

I also found my vote significant because I voted NO to retain most of the judges up for retention. At least 3 of these judges have not been recommended by several lawyer organizations and at least one has been severely criticized by the appellate court. Plus, I have difficulty in blindly voting to retain judges, especially when there is not much information out there about them and a vote to retain is a vote to give them a salary of over $200,000 for, practically, life. I have an advantage of knowing a number of these judges because of my job. In the end, yes, indeed, there were several judges that I did vote to retain and/or vote to elect because I believe in them (Beatriz, Joanne, among those to whom I said yes).

Finally, it did take a little bit of time for me to check in to vote this morning. I told the lady several times, probably 4 or more, that my address was 244. She kept looking for 224. Then, my signature raised some eyebrows. My signature has significantly changed in the past 7 years, going from a somewhat legible Mary Doyle to a somewhat legible MHDoyle, to a somewhat legible MDoyle, to a scribble MDoyle.

I saw the election judges' judgmental facial expressions and informed them that my signature had, indeed, changed a lot over the years. The one judge judgmentally said "Yes it has." However, I never offered to show them my ID.

And, then, I voted. Yay!!



👍❤ 20            16 comentarios

👍 Me gusta        💬 Comentar

**Páginas sugeridas**    Ver todas



**Melrose Park, Illinois Local - News Break**
A Laura y 8 amigos más les gusta esto.
👍 Me gusta

**Drive for DoorDash**
A 270 personas les gusta esto.
👍 Me gusta

**Law Offices of John D. Kirby, A.P.C.**
A 77 personas les gusta esto.
👍 Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ⓘ · Cookies · Más ▾
Facebook © 2020

EXHIBIT A046





**Abigail Clough ▶ Cook County Public Defender Union Members**

**○** Admin · 2 hrs · 🖼

View previous comments...



**C.c. Gorman**
Ohhhhh a FB war with the Sheriff's this could be fun... I wonder who will win! 😜

2h   Like   Reply                              👍 1



**Abigail Clough ○**
"DON'T TRY TO OUT-PD A PD!!!!"

2h   Like   Reply                              👍😆 9

 Write a reply...



**Dan Walsh**
Come at me bro 👍 3

2h   Like   Reply



**Dan Walsh**
It's actually funny because first It wouldn't help their case. Second one of the sheriffs who was making comments on the racist Facebook postused to be a Facebook friend but he had blocked me. Long time ago

2h   Like   Reply

 Write a comment...           

# <span style="color:red">EXHIBIT A048</span>



**Abigail Clough** ▶ **Cook County Public Defender Union Members**



**Dan Walsh**
I'm glad it was sent to the inspector general. Because it sounds like it's possible that sheriffs are retaliating. For public defenders exercising their right to complain about workplace comments and conditions. I will be interested in seeing how that is resolved. It's the functional equivalent of one of our clients walking out with a manila envelope. I can't believe how ridiculously stupid that is

2h   Like   Reply                          



**Dan Walsh**
**Abigail Clough**. Did you see the email he wrote to Amy? Where he misspelled misogynistic?

2h   Like   Reply



**Dan Walsh**



Write a comment...



**Abigail Clough** ▶ **Cook County Public Defender Union Members**
○ Admin · 2 hrs · 

•••



**Catherine Wilde**
**Abigail Clough** it is - I googled them both. Several obituaries where they're respectively listed as spouses.

1h   Like   Reply

**Catherine Wilde**
**Abigail Clough** also, you could clarify that the "it" you were referring to was a big ole pile of shit but it's real weird they went sexual.

I'm also curious how it's misogynistic as a general matter but that's another, "don't use big words you don't understand sir," conversation for another day 

😂

1h   Like   Reply



**Abigail Clough** ○
**Catherine Wilde** Ha! and at least spell it correctly.

57m   Like   Reply                     

---

 Write a comment...                    GIF ☺

          

2023-09-10 Baumann D's Production