### Complaint against Public Defender for Online Speech

**Cass Casper** <ctc@talonlaw.com>
Tue 2020-06-16 9:02 PM

To: amy.campanelli@cookcountyil.gov <amy.campanelli@cookcountyil.gov>
Cc: patrick.blanchard@cookcountyil.gov <patrick.blanchard@cookcountyil.gov>

Dear Ms. Campanelli:

Since you are in the business of policing public employees for their online speech, I would respectfully request that you review the attached excerpt of online speech from one of the public defenders in your office to see if her degrading and offensive comment -- and misogyistic comment about "suck[ing] it", to boot -- is consistent with the standards your office sets for involvement in the criminal justice system. I refer you to your own position on Deputy Sheriffs as reported in the newspaper:

https://chicago.cbslocal.com/2020/06/12/public-defender-amy-campanelli-seeks-probe-into-sheriffs-deputies-social-media-posts-after-black-lives-matter-march/



**Public Defender Amy Campanelli Seeks Probe Into Sheriff's Deputies' Social Media Posts After Black Lives Matter March**

Cook County Public Defender Amy Campanelli has asked the county's sheriff and inspector general to investigate insulting and threatening comments apparently posted online by deputies following a march in support of Black Lives Matter.

chicago.cbslocal.com

I look forward to your inquiring into this matter.

\*\*\*PLEASE NOTE THE CHANGE OF ADDRESS\*\*\*

Cass T. Casper, Esq.
Talon Law, LLC
105 West Madison Street, Suite 1350
Chicago, Illinois 60602
Phone: (312) 351-2478
Email: ctc@talonlaw.com
Web: www.talonlaw.com

CAUTION: This e-mail transmission and any attachments hereto contain information from Talon Law, LLC which is strictly confidential and/or privileged. This information is intended solely for the use of the addressee(s) named. This transmission may be subject to the attorney/client privilege, or be attorney work product. If you are not the designated recipient, or an employee or agent authorized to deliver such transmittals to the designated recipient, you are hereby advised that any disclosure, copying, distribution or use of the contents of this electronic transmission is strictly prohibited. If you have received this transmission in error or are not the intended recipient, we respectfully request that you notify us immediately by replying to sender or by calling us so that we may take the necessary precautions in the future and hereby request that you delete the computer entry and we will arrange for the retrieval of the original documents, if any, at no cost to you.