

*An Experienced Labor and General Practice Law Firm*

Cass T. Casper, Principal Attorney
Phone: (312) 351-2478
Email: ctc@talonlaw.com
www.talonlaw.com

June 18, 2020

<u>VIA EMAIL</u>
Amy Campanelli, Esq.
Cook County Public Defender
E: amy.campanelli@cookcountyil.gov

<u>VIA EMAIL</u>
Patrick Blanchard
Cook County Office of the Independent
Inspector General
E: patrick.blanchard@cookcountyil.gov

**RE: ONLINE SOCIAL MEDIA BULLYING AND INAPPROPRIATE CONDUCT BY CERTAIN PD's**

Dear Ms. Campanelli and Mr. Blanchard:

We are writing to address alarming social media comments and social media bullying that is coming from certain Cook County Public Defenders ("PD's" or "Public Defenders") on Facebook that are causing a great deal of distress to our client base, consisting of Cook County Sheriff's Deputies ("Sheriff's Deputies"). This letter follows our initial complaints sent yesterday about certain Public Defenders' derogatory social media posts about the Sheriff's Deputies. Since our last letter, the alarming online bullying coming from certain PD's has only intensified or been further uncovered. By this letter, we are demanding that your offices conduct an investigation into the cyber-bullying and other inappropriate online behavior engaged in by PD's in your office to determine whether there are violations of Cook County's Social Media Policy or other policies, Illinois Rules of Professional Responsibility, or the Open Meetings Act.

1. <u>A Coordinated Cyber-Bullying Attack on Cook County Sheriffs:</u>

We all have a duty to weed out bad police officers from the profession. What happened to George Floyd and others based on police misconduct must stop. Healthy discourse to motivate change is wholly embraced by the undersigned. However, an insulting rhetoric has emerged from certain PD's in the wake of the George Floyd protests, which portray police officers in the most negative and vitriolic way. These comments go far beyond free speech and diversity of opinion and instead represent hate speech and cyber-bullying. This evidence consists of the online postings of the following Public Defenders: Anthony Plaid, Wendy Fawcett, Maria Svistchova, Jennifer Vaughn, Julie Koehler, Richard

Gutierrez, Megan Tomlinson, Nisha Dotson, Sarah Fransene Spelman, among others. Attached please see links to these specific public defender's Facebook pages where most of these insulting messages have been posted. Exhibit A001. We are calling for every single one of the PDs to be investigated for online social media bullying and conduct violating Cook County's Social Media Policy.

Furthermore, we would note that for all of your office's concern about racism, most of the Correctional Officers in the *Howard v. Cook County Sheriff, 17-cv-8146 (*Dkt. 276*)*, suit are African-American and were exposed to masturbating inmates on a near daily basis. Yet, they have yet to see a settlement, while your largely (but not completely) white PD's office has a pending settlement – is it because your largely white lawyers should be first in line before the Black female officers who have to work with masturbating inmates in the jail nearly every day? Our point is that your office is far from in a position to be criticizing Deputy Sheriffs for racial insensitivity in light of such preferential treatment and what we have uncovered here.

a) "Make Him Famous" Campaign

To begin, this issue was brought to our attention when some Public Defenders began publicly circulating, "Let's Make him Famous" memes attached as Group Ex. A, pp. 2-21. One such meme was created by taking, without authorization, a photo from a Sheriff's Deputy's Facebook page where his wife and his grandchildren are depicted – his wife is also a Sheriff's Deputy still in active service. As a recently retired Sheriff's Deputy, the viral nature of the "Make Him Famous" meme poses a serious security risk to Sheriff's Deputies and their families. Ironically, your PD's claimed that it was their fear of security which prompted them to "expose" the Sheriff Deputy's post.[1]

So too, on June 10, 2020, Cook County Public Defender, Anthony Plaid posted the following message castigating a Cook County Sheriff Deputy on his publicly available Facebook page as summarized below and attached more fully as Group Exhibit A pp. 2-16:

> This is Michael Quinlan. He is currently employed by The Cook County Sheriff Tom Dart and "serves" as a courtroom deputy. He apparently didn't like the rally and march we had on Monday so he wished us "good luck" "when the courts open back up." I've unfriended a lot of us, including me (not that I care I didn't

---

[1] Connie Jordan ("Well looks like this should be reported to Tom Dart, as I clearly see this as a threat to not protect us in the courtroom, which happens to be his job"); Sarah Francene Spellman ("totally what I was thinking... whatever about the asshole remarks as a whole, the veiled threat to not keep us safe is beyond the pale."

2023-09-10 Baumann D's Production 118

request him anyway), but didn't unfriend enough so that we didn't get the post. Maybe all those years we "turned to you for help," you should have picked up some free legal advice when we would tell our clients to not post on social media. And by "instigator," maybe you meant organizer of a peaceful protest. Funny thing is I, along with other PDs, don't even put deputies in the same boat with the police, but since you want to jump on board ... Share away people. Make him famous. #blacklivesmatter

Mr. Plaid's Facebook post about Sheriff Officer Quinlan went viral as several other public defenders reshared his Facebook post to their publicly available Facebook pages or commented on the above post. As is evident from this thread, if anyone took a contrary position, a flurry of public defenders quickly launched an insult-laden attack on these perceived opposers including epithets directed at Sheriff's Quinlan's cousin, who unsuccessfully attempted to pacify the situation. The public defender's comments insulted Sheriff's Quinlan and his cousin as summarized below and attached more fully as Exhibit A pp. 8 - 9:

Richard Gutierrez called Sheriff Quinlan's cousin an "ass hole";

Richard Gutierrez further warned him that: "[y]ou should stop. You're not making this situation any better, in fact, you're making it a whole lot worse. There's some free legal advice for you!"

Similarly, Abigail Clough warned: "Don't make it worse. Have Mike apologize."

Others, like public defender Ms. Fawcett, shared Mr. Plaid's post. Ms. Fawcett added the following commentary to her post as summarized below and attached more fully as Exhibit A pp. 17-21:

"I made a personal commitment to stand as an ally. And to be honest, I wasn't sure if I was going to post this. But again, I reminded myself that silence is violence. This is some f*cked up backlash that my colleagues are now facing for putting together the PD march on Monday. This courtroom deputy is basically making a veiled threat that he won't protect the PDs, which is his job to do. I don't know if this is the right place to start, but here is the Sheriff's customer complaint number: (773) 674-5959."

b) **All Cops are Bastards**

3

However, it became apparent that the "Make Him Famous" memes were the tip of the iceberg. Ms. Fawcett's anti-police rhetoric generalized the police profession as "a profession built and sustained by white supremacy." (Ex. A. p. 27). On June 16, 2020, Ms. Fawcett continued to wage war against the police by publicly posting: "Good news, guys! It's not all cops that are bad. 3 white people said so.👍" (Ex. A p. 18) Ms. Fawcett even chastised the "good cops" as she further opined on her publicly-available Facebook post that:

> "these pictures and stories about the ""good cops,"" the ones who give out hugs, or conduct a traffic stop without killing the black or brown driver, it's like people want to give them a trophy for participation or whatever bullshit they are always complaining about millennials. Oh, look they did their job properly. Smile for the camera. #blacklivesmatter #defundthepolice #holdcopsaccountable." (Ex. A p. 22-24)

Ms. Fawcett's public postings became even more brazen the next day at 4:30 p.m. when she posted that #ACAB (All Cops are Bastards). Link.

Public Defender Sarah Fransene Spelman furthered the anti-police narrative by publicly posted the following tasteless joke: Q. "Why do riot police go to work early? A. to beat the crowds. ACAB" (Ex. A p. 21).

On June 8, 2020, public defender Megan Tomlinson publicly posted a comment drawing a inflammatory comparison between the May 31, 2020 riots with wrongful police raids:

> "If you want to talk about looting, do you know how many times a day the Chicago Police Department breaks a family's front door down pursuant to a "raid" and tears a home apart, kills a family dog, pulls a toilet out of the floor , takes all the cash alleging its drug money, only to recover a half gram of cocaine? All from people who barely have anything to begin with." (Ex. A pp. 29-30).

### c) A Facebook War with the Sheriff's Office Could be Fun

We received certain screenshots that indicate that certain PD's are advocating for a "war" with the deputies: "OHHHHH a FB war with the Sheriff's this could be fun... I wonder who will win!" See Gr. Ex. A, p. 47. Why are your PDs happy about a war with Deputy Sheriffs? Aren't they all working the courtrooms together? And then some of them try to minimize the undersigned complaint yesterday by, for example, pointing out a misspelling in Mr. Casper's email. See Gr. Exhibit A, p. 49. Are they not taking the complaint seriously? Because rather than perhaps apologizing for their bullying, this makes it appear that they, instead, are nitpicking the complaints and making fun of them.

### d) The Public Defender's Office will be Your Absolute Worst Enemy

These certain public defenders have run afoul of their mission as justice for all and turned this into an "us" versus "them" narrative. This agenda became evident yesterday evening on Attorney Casper's personal Facebook page. To be clear, none of the public defenders that commented on his postings are Facebook friends with Mr. Casper. Instead, these public defenders had a coordinated, premeditated plan to bully and harass Mr. Casper and anyone that they perceived to oppose their position. While some of these messages were within the realm of healthy discourse, those statements were dwarfed by the invectives launched by certain PD's including:

i. Threatening a private citizen that "if [you] insult my friend again, I'll be your absolute worst enemy. You have nothing to do with this thread. Stay in your lane." See Group Ex. A. p. 38.
ii. Referring to a private citizen using "it"[2] and then further denigrating that individual's intelligence by stating "it can read." It in this context is construed as derogatory to the LGBT community. See Group Ex. A. p. 38.
iii. Referring to attorney Scatchell as "troll #2."[3] See Group Ex. A. p. 39.
iv. Threatening to continue bullying attorney Casper by stating, "I have to go make you famous!" See Group Ex. A. p. 35.
v. calling a member of the public's post a "terd [sic]"
vi. Threatening to contact the ARDC for Mr. Casper having stood up for his client base and taken the PDs to task for their own online bullying.

As another example, Julie Koehler furthered the "us" versus "them" rhetoric posting the following reply:

And FYI, I unfriended all of my prosecutor and sheriff Facebook friends a while back. During the trial where I was on TV, many of them reported back to the judge that people were putting things on my Facebook page and Ford held me in contempt. They are not your friends and it's not a good idea to have them read your personal business. (Ex. A p. 4)

### e) Public Defenders Calls to "Unseat Racist Judges"

---

[2] "it" is an offensive slur used against trans and gender non-conforming individuals
[3] Attorney Scatchell handles several cyber-bullying cases including minors, professional

5

Certain PD's have even taken aim at "racist judges" and called on the public to "unseat racist judges." See Exhibit A p. 41. Racism has no place in the justice system. However, a bald assertion without more substance undermines the integrity of our judicial system.

Public Defendant Mary Doyle publicly posted that she "found [her] vote significant because I voted NO to retain most of the judges up for retention . . . I have an advantage of knowing a number of these judges because of my job . . . [Judge] Beatriz, Joanne, among those to whom I said yes." Exhibit A pp. 45-46. The number of judges that were up for retention in the past election was finite. Ms. Doyle narrows that list even further by affirmatively stating the judges that she voted to retain while attempting to qualify her public criticism by "knowing these judges" because of her job as a public defender. *See Florida Bar v. Sean William Conway*, No. SC08-326 (Fla. 2008) (Attorney made derogatory comments about the Judge holding that the attorney's behavior was prejudicial to the administration of justice).

## f) Public Defender Using Sexist Verbiage.

So too, as Mr. Casper also pointed out yesterday, some of your PD's are far from using sanitized, appropriate language on the internet. Calling President Trump a "twat" and that he should "suck it"? See Group Exhibit A pp. 42-43. This is a sexist, misogynistic term. It could be we are all not in love with President Trump, but using such a degrading term for women to refer to him? We could say the same thing about the PD who posted that disgusting comment, as your PD's say about the Deputy who made his post – are your PD's fit to represent indigent women in the courtroom when they freely use sexist and misogynistic language on the internet, such as "suck it" and "twat"? We cannot say express over-confidence when we see those terms so loosely thrown around by your PD. Worse still, one of your PD's whitewash the sexist, misogynistic connotation of "twat" by citing a definition in Urban Dictionary. See Gr. Ex. A p. 44. This is the lynchpin of hypocrisy.

## 1. <u>Laws Governing the Conduct of Public Defenders</u>

We respect PD's First Amendment right to express their personal views on private online forums. However, as public servants, they are held by the public to a higher standard, and we expect that this office will exhibit civility and courtesy toward all members of the public. This is an opportunity to lead by example and to draw the line in the sand firmly that as public defenders you have a higher calling and cannot engage in hate speech that interferes with the mission of your office, which is **equal justice for all**.

6

These postings are far from peaceful, benign speech. Moreover, the aforementioned PD's conduct could be reasonably construed to be an invasion of privacy, defamatory, and tantamount to conduct unbecoming of a public defender. More importantly, these postings are not protected by the First Amendment as they interfere with and compromise your office's ability to perform its responsibilities as Assistant Public Defenders. Specifically, these statements unfairly undermine public confidence in the administration of justice by calling judges "racists," attorneys "trolls," President Trump a "twat," or telling him to "suck it" (See Gr. Ex. A, p. 42-44), demanding that Sheriff's Deputies be fired for posting "insulting" posts without due process, and telling private citizens to "stay in their lane" and "mind their own business."

Given the coordinated efforts exhibited by these certain PD's, we are also concerned about the numerous potential Open Meetings Act violations that may have ensued over the last few weeks involving six or more public defenders through their social media communications. The sequence of posts among these public defenders indicates that they have bandied together to bully and insult their purported critics. This dangerous position takes a "punish first" and "investigate later" approach. This conduct is inappropriate, unprofessional, and has the potential to cause disruption to the functioning of the court system.

So too, the Sheriff's officers did not give up their constitutional rights when they became officers. However, these Deputies feel disempowered to defend themselves from these public attacks given Sheriff Dart's proclivity to harshly punish officers for minor infractions. Accordingly, while your PD's are able to bully away apparently without recourse on the Internet, our client base is largely afraid to respond and defend itself from these attacks. Your PD's are officers of the Court, have a duty to respect the Court system – including the Sheriffs who serve in the jail and in the courtrooms – and this kind of online bullying behavior from licensed attorneys undermines both the public perception of the judicial forum, as well as their obligations to the Court.

Considering the recent your office's public denouncement of certain Sheriff's Deputy's social media posts, we are personally shocked and disappointed by the pervasive and ignorant generalizations made by your own office's staff. Your office is employing a double standard and as officers of the court should lead by example and exact change without further inflaming an already dangerous situation brewing between the public and law enforcement. Accordingly, we request that your office launch an immediate internal investigation into the conduct of these court officers. Any one of these postings would be considered corrosive and incendiary. However, when viewed in the aggregate, these postings reveal a pattern of conduct that contrary to the administration of justice

2023-09-10 Baumann D's Production 123

and is distressing to our clients, the taxpayers, and as members of the Illinois Bar and officers of the Court.

We are further informed and believe that additional postings may appear on the Public Defender's private Facebook pages and on "Black Twitter" based on the vitriol seen yesterday. *See Also* Exhibit A p. 12 (Joselynne Gardner: "Please take these to Black Twitter [sic] FB does not have the same impact…")In that vein, please preserve all of the aforementioned and attached Facebook or related social media postings, Snaps, instant messages, voicemails, and other communications related to this matter, including all electronic files (e-mails, texts, calendars) and paper documents (files, presentations, diaries, calendars). The foregoing list is not exhaustive, and your Office must preserve all information relevant to this Matter. The PD's office's failure to preserve relevant data may constitute spoliation of evidence, which may subject your office to sanctions. This communication is written without waiver of or prejudice to our clients' rights or remedies, all of which are expressly reserved.

We look forward to hearing from you about how your office will be dealing with this. If we can provide further information, please let us know.

Respectfully submitted,

/s/ Cass T. Casper

_____

Cass T. Casper, Esq.
105 West Madison Street, Suite 1350
Chicago, Illinois
P: (312) 351-2478
E: ctc@talonlaw.com

/s/ Gianna Scatchell, Esq.

_____

Gianna Scatchell, Esq.
Law Offices of Gianna Scatchell, Esq.
360 West Hubbard Street, Suite 1404
Chicago, Illinois

cc:
Cook County Board President Toni Preckwinkle
Sheriff Thomas J. Dart

2023-09-10 Baumann D's Production 124

# EXHIBIT A001

| Assistant Public Defender | Link to Facebook Profile |
|---|---|
| Wendy Fawcett | https://www.facebook.com/wendy.fawcett.9 |
| Sarah Fransene Spelman | https://bit.ly/2YMBwPb |
| Anthony Plaid | https://bit.ly/3hFqC6l |
| Maria Svistchova | https://www.facebook.com/maria.svistchova |
| Jennifer Vaughn | https://www.facebook.com/jennifer.vaughn.76 |
| Nisha Dotson | https://www.facebook.com/Nisha.Dotson.Esq |
| Julie Koehler | https://www.facebook.com/koehler.julie |
| Richard Gutierrez | https://bit.ly/3deIly7 |
| Megan Tomlinson | https://www.facebook.com/megan.tomlinson.7 |


**New Activity** Sort

 **Abigail Clough**
📍 Admin · 2 hrs · 🔝 •••

**WARNING TO COLLEAGUES**

I was contacted by a manager this morning to discuss a "complaint" filed by Cass Casper, Esq (a labor and employment attorney who represents law enforcement). Attached is a screenshot from my personal FB page, which was then re-posted by someone named "Emm Jay" (who I believe... See More








+2

👍😠😮 8    31 Comments    Seen by 60

6/18/2020
Case: 1:23-cv-00435 Document #: 50-15 Filed: 09/13/23 Page 11 of 58 PageID #:440
Anthony Plaid - This is Michael Quilan. He is currently employ...



EXHIBIT A003

f  Buscar                                                        Inicio  Crear  👤❶  💬  🔔❸  ❓  ▼

**Páginas sugeridas**                                    Ver todas

**Anthony Plaid**
10 de junio a las 15:04 · 🌐

This is Michael Quilan. He is currently employed by The Cook County
Sherrif Tom Dart and "serves" as a courtroom deputy. He apparently
didn't like the rally and march we had on Monday so he wished us "good
luck" "when the courts open back up." He unfriended a lot of us,
including me (not that I care I didn't request him anyway), but didn't
unfriend enough so that we didn't get the post. Maybe all those years we
"turned to you for help," you should have picked up some free legal
advice when we would tell our clients to not post on social media. And by
"instigator," maybe you meant organizer of a peaceful protest. Funny
thing is I, along with other PDs, don't even put deputies in the same boat
with the police ,but since you want to jump on board...Share away people.
Make him famous. #blacklivesmatter

Anna Krolikowska
Attorney at Law
A Chris y 7 amigos más les gusta.
👍 Me gusta

Process Server Jobs
A 183 personas les gusta esto.
👍 Me gusta

Melrose Park, Illinois
Local - News Break
A Laura y 8 amigos más les gusta
esto.
👍 Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

**Privacidad · Condiciones · Publicidad**
Opciones de anuncios ▷ · Cookies · Más ▾
Facebook © 2020

Michael Quinlan
55 mins · 👥
...en rather fun scrolling through her
...g all the people that for years hav
...d to me for help at work. Good luci
...all when the courts open back up!
👍 75                    25 Com
👍 Like    💬 Comment    ↗ S

Michael Quinlan
Did anybody else read the artic
published about yesterday's Pl
march at CCB. the main
instigator was a deputy and is
now a PD.

🔍 Michael Quinlan

Michael Quinlan
➕ Add Friend    ⚙ ⋯
Worked at Cook County Government
Worked at Cook County Sheriff's Office
(Official)

😮❤️😢 103                    216 comentarios  91 veces compartido

👍 Me gusta        💬 Comentar        ↗ Compartir

**David Kelly** Can you make this shareable?
Me gusta · Responder · 1 sem                                👍❶
  ↳ Lisa Mac respondió · 7 respuestas

**Shelley Aniciete** Instigator?! Well that sure speaks volumes.
Me gusta · Responder · 1 sem                              👍😡5
  ↳ Anthony Plaid respondió · 4 respuestas

**Megan Tomlinson** Same re never considering deputies police
Me gusta · Responder · 1 sem                                👍8

**Julie Koehler** Mike works in the Chief Judges Courtroom. Who is
the "instigator?" Did you used to be a sheriff Anthony? I don't
understand that part.
Me gusta · Responder · 1 sem
  ↳ Anthony Plaid respondió · 1 respuesta





Buscar Inicio Crear

was on TV, many of them reported back to the judge that peo

**Melissa Giacomara** I just don't understand... if you support police that doesn't mean that you can't also stand for the position that when they murder someone it is wrong! Uggghhhhhhh
Me gusta · Responder · 1 sem 12

**Pamela Tisdale-Johnson** Anthony, please let us know how this plays out?
Me gusta · Responder · 1 sem

**Anthony Plaid** Pamela Tisdale-Johnson will do.
Me gusta · Responder · 1 sem

Escribe una respuesta...

**Jeremy Castro** Shame on him. Shame to him.
Me gusta · Responder · 1 sem

**Connie Jordan** Well looks like this should be reported to Tom Dart, as I clearly see this as a threat to not protect us in the courtroom, which happens to be his job.
Me gusta · Responder · 1 sem 23

**Adair Crosley** Connie Jordan I know just the person to report this to! Connie, we have a situation!
Me gusta · Responder · 1 sem 4

**Samantha Joyce** Connie Jordan agreed. Anthony, send this to Tracey Thompson, CCDOC legal.
Me gusta · Responder · 1 sem 7

**David Kelly** Connie Jordan I'm cautiously optimistic about what, if any, action Dart's HR staff will take on this issue. Unless, it gets MEDIA attention. 🤞🏾🤞🏾
Me gusta · Responder · 1 sem

**Quinlan Cathleen** Connie Jordan relax
Me gusta · Responder · 1 sem 1

**Quinlan Cathleen** Samantha Joyce Get a life....
Me gusta · Responder · 1 sem 3

**Connie Jordan** Quinlan Cathleen I will as long as I know everybody in the courtroom will do the job they are hired to do and respect people's right to peacefully protest years of police brutality!
Me gusta · Responder · 1 sem 6

**Quinlan Cathleen** Connie Jordan so is there somebody that doesn't
Me gusta · Responder · 1 sem

**Quinlan Cathleen** David Kelly So this is a threat?
Me gusta · Responder · 1 sem

Páginas sugeridas Ver todas

**Anna Krolikowska Attorney at Law**
A Chris y 7 amigos más les gusta.
Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
Me gusta

**Melrose Park, Illinois Local - News Break**
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

EXHIBIT A005

Buscar | Inicio | Crear | 1 | 3

**Cynthia Bauman** Is this the only person unfriending pds who participated in the rally? Not saying "only" in a dismissive sense.
Me gusta · Responder · 1 sem

**Will Howard** Buh Bye Michael
Me gusta · Responder · 1 sem

**Will Howard** It's a block party 1
Me gusta · Responder · 1 sem · Editado

**Will Howard** He one if the ones not doing is justice talking about just take the plea and you innocent
Me gusta · Responder · 1 sem

**Jennifer Willis** Ugh. Wrong on multiple levels. And while he's free to be an ass, he is not free to publicly make threats to strategically fail to do his job. No other way to interpret it. 31
Me gusta · Responder · 1 sem

> **Sarah Fransene Spelman** totally what I was thinking... whatever about the asshole remarks as a whole, the veiled threat to not keep us safe is beyond the pale. 13
> Me gusta · Responder · 1 sem
>
> **Quinlan Cathleen** Jennifer Willis what threat....he has a right to voice his opinion...just like you!
> Me gusta · Responder · 1 sem
>
> **Jennifer Willis** Quinlan Cathleen He describes the people he is deleting as all the people who "turned to him for help at work." A clear reference to people he is tasked with protecting in court. Then he says "good luck to them all when courts open." The implication is that they will need luck because they will not have his assistance in the future. This type of threat is veiled, because it is thinly hidden rather than direct. And the law, and presumably the code of conduct for his employment, condemns both direct threats as well as veiled threats. And you're correct, we all have the right to express our opinions. But in my opinion, this crosses the line. But I suppose we'll see what happens next. 10
> Me gusta · Responder · 1 sem
>
> **Quinlan Cathleen** Jennifer Willis favors are not tasks...it goes beyond what his employment duties are!
> Me gusta · Responder · 1 sem
>
> **Jennifer Willis** Quinlan Cathleen his post says nothing about favors. He literally described the exact parameters of his employment - people in court turning to him for assistance. I would hazard a guess that not a single one of the PDs he unfriended ever asked him for a favor.
>
> Every single one of us who read this interpreted it as a threat.
>
> But again, I expect whatever supervisor or governing entity who reviews behavior at the Sherif's department will resolve this issue for us all. 8
> Me gusta · Responder · 1 sem · Editado
>
> Escribe una respuesta...

**Shelley Aniciete** Loveleen Ahuja 1
Me gusta · Responder · 1 sem

**Ashley Janell'** Crazy part is we were just in his court room for that murder trial. He was our best friend the whole trial. Funny how the truth always comes out 4
Me gusta · Responder · 1 sem

Páginas sugeridas · Ver todas

**Anna Krolikowska Attorney at Law**
A Chris y 7 amigos más les gusta.
Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
Me gusta

**Melrose Park, Illinois Local - News Break**
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch +

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

2023-09-10 Baumann D's Production 129

EXHIBIT A006



being referred to as an "instigator " I think of a FRIEND with great character. I think of a woman who went from a Sheriff to public Defender, and if the person who mischaracterizes her HAD some damn education, he might know that. As African Americans, we should never have to justify our actions to anyone! I know for a fact in a fight she never backed down as a Sheriff, and she is the same way as a public defender. Quinlan, before you judge a person, get to know them first......but again that comes with EDUCATING yourself, and for that you might be too late! I take a KNEE in supporting my friend and former Sheriff not because she's an African American, but because she has great CHARACTER!!!

Me gusta · Responder · 1 sem                          36

David Kelly Arthur Wright 👊🏽👊🏽👊🏽👊🏽

Me gusta · Responder · 1 sem                          1

Escribe una respuesta...

Emmett Manning Hey guy. This is my cousin. While you try to post this, while contributing nothing to society even in the same accord he has, maybe realize that you don't know anything about a man unless you walk a mile in his shoes. He is a great guy. A great son. A ... Ver más

Me gusta · Responder · 1 sem                          11

∧ Ocultar 68 respuestas

Richard Gutierrez Emmett Manning your cousin isn't doing his damn job when he threatens to stop protecting black public defenders, and if you knew anything about first amendment rights they are a hell of a lot more limited when you work for the government and speak about your employment. He should be ashamed and he should find a different line of work.

Me gusta · Responder · 1 sem                          11

Emmett Manning Richard Gutierrez it's astonishing that you would judge him based on his skin color and try to silence what is his opinion. He's been on the job saving lives for years. What are you doing to benefit society? You don't get to say or enforce the level at which people use their freedoms, which is the reason why these protests are going on. Are you that ignorant that you don't get that?

Me gusta · Responder · 1 sem

Rahsaan Gordon Emmett, why would your cousin threaten to not perform his taxpayer-funded job, keeping some folks safe, just because they exercised their first amend right right to protest murderous cops?

Me gusta · Responder · 1 sem                          15

Abigail Clough Emmett Manning Stop and analyze. He's criticizing Public Defenders who stand against police brutality. How is that even remotely defendable? But then he went BEYOND and said he would not help them in the courtroom?! That's job related. I know Mike too. I have ALWAYS liked him. If he is the man you say, he needs to issue an IMMEDIATE apology and call the individuals he disparaged on social media and ask forgiveness.

Me gusta · Responder · 1 sem · Editado                15

Emmett Manning Rahsaan Gordon oh my goodness my comments were silenced?

Me gusta · Responder · 1 sem

2023-09-10 Baumann D's Production 130

EXHIBIT A007



threatened my coworkers (all of whom btw take less
money everyday than they could make as private attorneys
so that they can provide a constitutionally mandated
service to cook county residents). And I don't get to stop
him from speaking, but I sure hope his boss does the right
thing and fires him for this.

Me gusta · Responder · 1 sem · Editado                     👍 8

**Abigail Clough** Emmett Manning And FYI, "while
contributing nothing to society even in the same accord he
has" is not the way to earn respect or apologize.

Me gusta · Responder · 1 sem                               👍 3

**Coryn Washington** Emmett Manning I think you're a little
bit confused about your "rights" to free speech. We have
the right to march against police brutality. Your cousin has
a right to criticize us. We, then, have the right to criticize
him for that criticism, as well as rightfully reporting him for
threatening to refuse Public Defenders protection in the
courtroom. "Free speech" cuts both ways.

Me gusta · Responder · 1 sem                               ❤️👍 15

**Che Eevy** Hey guy...... blah blah. Who said he wasn't a
good brother cousin people always point out some
irrelevant b.s! Who gives af! He said what he said and you
can delete yourself as did he!

Me gusta · Responder · 1 sem                               👍 2

**Emmett Manning** he literally said, I'm not doing favors for
people anymore. If you can't get that I can tell you where
you can go.

Me gusta · Responder · 1 sem

**Emmett Manning** Hey where's the post of murderers over
the weekend?

Me gusta · Responder · 1 sem

**Margaret Gutierrez** Dude, first off, Anthony, like the rest
of us, is a public servant, just like law enforcement. So
that's what we're doing besides being tough on Facebook.
It's interesting that you seem to think one type of public
service is more important than the oth… Ver más

Me gusta · Responder · 1 sem · Editado                     👍❤️ 14

**Emmett Manning** You find it necessary to tear down a man
for his opinion. That is suppression of the first amendment
completely. Blah blah blah that's funny. That's your
argument?

Me gusta · Responder · 1 sem

**Emmett Manning** Margaret Gutierrez well aren't we
dismantling police though? All he literally said was he
wasn't doing favors for anyone anymore. If you're gonna
try to attack someone based solely on their opinion, you're
the one whose wrong. Not him.

Me gusta · Responder · 1 sem

**Margaret Gutierrez** Oh, he literally said I'm not doing
favors for people anymore? Show me where he said that.
I'm waiting.

Páginas sugeridas                                 Ver todas

**Anna Krolikowska
Attorney at Law**
A Chris y 7 amigos más les gusta.
Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
Me gusta

**Melrose Park, Illinois
Local - News Break**
A Laura y 8 amigos más les gusta
esto.
Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ▷ · Cookies · Más ▾
Facebook © 2020





Buscar
Inicio Crear

its been rather fun scrolling through here and deleting all the people that for years have turned to me for help at work. Good luck to them all when the courts open back up!

75 · 25 Comments

Like · Comment · Send

Michael Quinlan
Did anybody else read the article published about yesterday's PD march at CCB. the main instigator was a deputy and is now a PD.

4

Me gusta · Responder · 1 sem

**Margaret Gutierrez** Emmett Manning since when is saying I will not do my job a matter of opinion?
6
Me gusta · Responder · 1 sem

**Emmett Manning** He LITERALLY SAID he wasn't doing favors for people anymore. And I think this bs post is the reason why he's right. Is anyone helping him or are we just going to attack him for his honest opinion, which he's entitled to have, because what?
Me gusta · Responder · 1 sem

**Emmett Manning** This post is a joke.
Me gusta · Responder · 1 sem

**Margaret Gutierrez** dude, where did he "literally" say that? I don't see the word "favors" in his post. I see, "good luck to them all when courts open back up." Do you know what literally means?
7
Me gusta · Responder · 1 sem

**Abigail Clough** Emmett Manning Don't make it worse. Have Mike apologize.
4
Me gusta · Responder · 1 sem

**Emmett Manning** yet the stupid translation you're using from that is "I won't do my job". If any of you idiots can find that quote? Feel free to judge. He didn't. And yet again, imaginary wound that no one caused, and we want justice. How many on this post have saved a life?
Me gusta · Responder · 1 sem

**Emmett Manning** Abigail Clough F off. He doesn't have to apologize for a thing. Hey, have those 18 murderers in Chicago on Sunday apologize then we'll talk
Me gusta · Responder · 1 sem

**Abigail Clough** Emmett Manning Tell Mike to talk to his union rep. This isn't productive. You're making it worse.
4
Me gusta · Responder · 1 sem

**Rahsaan Gordon** Emmett, seems like reading comprehension may not be your thing. We all have our challenges in life. But bless your heart for trying to stick up for your cousin.
15
Me gusta · Responder · 1 sem

**Richard Gutierrez** Emmett Manning I'm confused...were those 18 murders at the protest your cousin is so mad about...or did you just (1) assume they were black, and (2) somehow confuse them with the public defenders who were marching...not showing your best colors buddy (or hell maybe this is your best, what a travesty)
3
Me gusta · Responder · 1 sem

Páginas sugeridas · Ver todas

Anna Krolikowska Attorney at Law
A Chris y 7 amigos más les gusta.
Me gusta

Process Server Jobs
A 183 personas les gusta esto.
Me gusta

Melrose Park, Illinois Local - News Break
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

Just like our mutual friend John Timothy. And btw, this arm chair quarterbacking/ fighting the fight from park ridge? Give me a break. He's a great guy. If you knew him you'd know.

Me gusta · Responder · 1 sem

**Emmett Manning** And what level of cowardice is it to "make someone famous"?EAD

Me gusta · Responder · 1 sem

**Emmett Manning** Richard Gutierrez nope those were just black on black, temperature is rising, nice time of year shootings all these monster cops deal with you don't hear about on cnn

Me gusta · Responder · 1 sem

**Margaret Gutierrez** This is incredibly fucked up and racist. You're racist.

Me gusta · Responder · 1 sem     9

**Richard Gutierrez** Emmett Manning you're an asshole (and those true colors really shined through quick)

Me gusta · Responder · 1 sem · Editado     5

**David Kelly** Emmett Manning SMH

Me gusta · Responder · 1 sem     1

**Emmett Manning** Margaret Gutierrez hilarious. My girlfriend is black. I' have Hispanic relatives as in laws I love. I think you might be the racist. But hey, thanks for pulling that card out when you ran out of intelligent words. Are you a fan of al sharpton too? The biggest anti Semite this side of ilhan Omar?

Me gusta · Responder · 1 sem

**Emmett Manning** David Kelly oh boo hoo.

Me gusta · Responder · 1 sem

**Coryn Washington** Emmett Manning I really hope your girlfriend is aware she's dating a racist.

Me gusta · Responder · 1 sem     14

**David Kelly** Emmett Manning You should stop. You're not making this situation any better, in fact, you're making it a whole lot worse. There's some free legal advice for you!

Me gusta · Responder · 1 sem     3

**Margaret Gutierrez** Coryn Washington 🍗 I'm dead

Me gusta · Responder · 1 sem     3

**Abigail Clough** Emmett Manning I really think you need stop. Yes, John is an old friend I respect him immensely. He respects me. I live in Logan Square (I'm not sure about Park Ridge). But I REALLY think you need to understand that Mike's post involved a work situation. People have tried to reach out to him personally and he has not responded (which is probably smart). But I assure you that YOU are not helping the situation.

Me gusta · Responder · 1 sem     3

**Douglas Lavell** Emmett Manning Cracker

Me gusta · Responder · 1 sem

**Margaret Gutierrez** omg wtf are you talking about. Did you read about this on the Daily Stormer?

Me gusta · Responder · 1 sem     2

**Emmett Manning** Douglas Lavell sounds pretty racist but ok

Páginas sugeridas     Ver todas

Anna Krolikowska
Attorney at Law
A Chris y 7 amigos más les gusta.
👍 Me gusta

Process Server Jobs
A 183 personas les gusta esto.
👍 Me gusta

Melrose Park, Illinois
Local - News Break
A Laura y 8 amigos más les gusta esto.
👍 Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad
Opciones de anuncios ▷ · Cookies · Más ▾
Facebook © 2020



**Douglas Lavell** Emmett Manning spot on 😂

Me gusta · Responder · 1 sem

**Emmett Manning** nice emojis that prove your point. 😄 1

Me gusta · Responder · 1 sem

**Drew Bruno** Emmett Manning Let me guess, you're not homophobic either?
https://twitter.com/emmettm.../status/1267962746496311298...

TWITTER.COM
**Emmett Manning on Twitter**

😮😡 9

Me gusta · Responder · 1 sem

**David Kelly** Emmett Manning is this you too?

I wanna go back to a time when it was acceptable to say the term "woke signaling/ virtue signaling" is gay. Because it is. Straight faggballs.

😂 1

Me gusta · Responder · 1 sem

**Cynthia Bauman** Douglas Lavell Mr. Lavell, please do not use racist and classist name calling against someone with whom you disagree. It isn't right for anyone to engage in offensive name calling. And it distracts from a meaningful dialogue. Please take the high road.

Me gusta · Responder · 1 sem

**Cynthia Bauman** Richard Gutierrez Mr. Gutierrez, name calling doesn't promote a meaningful dialogue. Please take the high road so that it doesn't distract from what you are trying to communicate.

Me gusta · Responder · 1 sem

**Douglas Lavell** Cynthia Bauman I don't believe there were any meaningful conversations in that thread. 👌 👍 1

Me gusta · Responder · 1 sem

**Richard Gutierrez** Cynthia Bauman Mr. Manning has made perfectly clear that he thinks what he thinks whether folks have taken the high road (whatever that even is) or otherwise. I don't need you lecturing me about how to respond to racism, thanks.

👍👎 8

Me gusta · Responder · 1 sem

**Douglas Lavell** Cynthia Bauman I meant what I said 😉

Me gusta · Responder · 1 sem

**Cynthia Bauman** Douglas Lavell Dont really disagree. But one can always hope it may evolve into one. Be well! 👍 1

Me gusta · Responder · 1 sem

**Cynthia Bauman** Richard Gutierrez Not a lecture. A plea. And, unfortunately, as a woman whom has fought and struggled hard to get to a place where she can defend poor, black persons...I have been called everything from cracker to white trash to asshole to...crazy bi... Ver más 😮 1

Me gusta · Responder · 1 sem · Editado

**Páginas sugeridas**  Ver todas

**Anna Krolikowska**
**Attorney at Law**
A Chris y 7 amigos más les gusta.
👍 Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
👍 Me gusta

**Melrose Park, Illinois**
**Local - News Break**
A Laura y 8 amigos más les gusta esto.
👍 Me gusta

Español · English (US) ·
Português (Brasil) · Français (France) ·
Deutsch

Privacidad · Condiciones · Publicidad ·
Opciones de anuncios ▷ · Cookies · Más ·
Facebook © 2020

EXHIBIT A011

Buscar · Inicio · Crear

your right to say whatever it is you believe. I would rather know your position than not!
Me gusta · Responder · 1 sem

**Margaret Gutierrez** Cynthia Bauman this isn't about you 2
Me gusta · Responder · 1 sem

**Cynthia Bauman** Margaret Gutierrez It is about using our personal experiences, listening to the experiences of others, and acting accordingly. My colleagues have encouraged others to call someone out when they are being rascist. I am going to suggest that we also sh... Ver más
Me gusta · Responder · 1 sem

**Reoveli TheDon** your cuzo should've stfu. lmao 1
Me gusta · Responder · 1 sem

**Cynthia Bauman** Richard Gutierrez I respect you and all of your supporters. Be well.
Me gusta · Responder · 1 sem

**Valerie Barajas** Emmett Manning sounds like being a racist asshole runs in the family. Instead of doing your cousin a favor, you just confirmed what everyone was already saying. Except now we know you're a racist asshole too. 9
Me gusta · Responder · 1 sem · Editado

**Mike Halpert** Emmett Manning what lives does he save everyday? 8
Me gusta · Responder · 1 sem

**Nishá Dotson-Esquire** I'll just sit this right here just in case.... 😁
LFJ Construction
(773) 457-0214

10
Me gusta · Responder · 1 sem · Editado

**Mike Halpert** Nishá Dotson-Esquire this is why you can't mess with PDs - we'll find out everything about witnesses 😂 7
Me gusta · Responder · 1 sem

**Mike Halpert** If anyone calls LFJ construction, make sure to tell them about this tweet of his too

2

Páginas sugeridas · Ver todas

**Anna Krolikowska Attorney at Law**
A Chris y 7 amigos más les gusta.
Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
Me gusta

**Melrose Park, Illinois Local - News Break**
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

2023-09-10 Baumann D's Production 135







EXHIBIT A012

Buscar Inicio Crear

Arthur Wright Emmett Manning hey guy. It is called freedom of speech.......not FREEDOM OF STUPIDITY
2
Me gusta · Responder · 1 sem

Nishá Dotson-Esquire Mike Halpert: Did we find out what lives he saves everyday yet?
5
Me gusta · Responder · 1 sem

Mike Halpert Nishá Dotson-Esquire still waiting on that one 😂😂
2
Me gusta · Responder · 1 sem

Jimia Stokes Emmett Manning I think you're the one who played the black card. Slave Masters raped and killed Black Slave women and your point? You're a closet rapist that has kicked the door down with your ignorance. History or education isn't your thing is it?
Me gusta · Responder · 1 sem

Bob Cotter Emmett Manning you know that nobody criticized your cousin for the color of his skin. Saying that just shows how desperate you are to find some type of argument. But you have no arguments , not because you're not smart, but because the facts are against you, at least for anyone who has basic decent values.
Me gusta · Responder · 6 d

Bob Cotter Emmett Manning referencing 18 murders in Chicago? Are you trying to say that only black people commit murder? Want to play the "what about" game? The white guy who killed 57 people (mostly white, just saying) shooting out of the window of a hotel in La... Ver más
Me gusta · Responder · 6 d

Lucille Johnson Nishá Dotson-Esquire. Nope not a one
1
Me gusta · Responder · 5 d

Escribe una respuesta...

April Preyar Wow. Mike was always cool, even after we sued him. True story.
4
Me gusta · Responder · 1 sem

Cynthia Bauman April Preyar Now there's a story. But you are right, he seemed very cool to our clients.
Me gusta · Responder · 1 sem

Escribe una respuesta...

Joselynne Gardner Please take these to Black Twitter FB does not have the same impact...
1
Me gusta · Responder · 1 sem

Joselynne Gardner As a former ASA (Cook County prosecutor) I have NEVER felt an us vs them with my PD sisters and brothers! You called us on our BS and make us work and follow the rules to secure convictions and that is how a just legal system should be. The only reason I was not by your sides during the peaceful protest was bc of a work meeting I could not miss. Mr. Quinlan is not alone in his department but he was the smart one to voice is beliefs on social media... Let the Games Begin!!! 😎
11
Me gusta · Responder · 1 sem

Crystal Callahan
✊🏾
Me gusta · Responder · 1 sem

Escribe una respuesta...

Páginas sugeridas Ver todas

Anna Krolikowska Attorney at Law
A Chris y 7 amigos más les gusta.
Me gusta

Process Server Jobs
A 183 personas les gusta esto.
Me gusta

Melrose Park, Illinois Local - News Break
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

2023-09-10 Baumann D's Production 136

Buscar

Inicio Crear 1 3

negative comments about protesters understand that the problem is not with ALL COPS, Just All the ones that feel killing or racially profiling blacks is ok. How can any SENSIBLE person NOT see the injustice of what ... Ver más

8

Me gusta · Responder · 1 sem · Editado

**Emmett Manning** Shirley Brown Beale and there it is. For the win. You're making too much sense

Me gusta · Responder · 1 sem

**Martha Soto** Emmett Manning Shirley Brown Beale is absolutely correct. Which why it's hard to understand why your cousin was offended by the protest. The protest had nothing to do with his job.

10

Me gusta · Responder · 1 sem

**Jimia Stokes** Shirley Brown Beale they don't want to believe that, because they want to continue to sow discord! They don't want people to come together!

Me gusta · Responder · 1 sem

**Che Eevy** Well hell, I'm looking for the statement "All cops are bad". Why can't YOU ppl see the problem vs the protest as the problem. Tf!

1

Me gusta · Responder · 1 sem

**Shirley Brown Beale** Jimia Stokes smh

Me gusta · Responder · 6 d

Escribe una respuesta...

**Quinlan Cathleen** Michael Quinlan
You are an officer of the court...report this attorney to the ARDC that he is threatening your free speech!

12

Me gusta · Responder · 1 sem

Ocultar 14 respuestas

**Coryn Washington** Ah yes... it could be like a citizen's arrest but for being mean on Facebook!

17

Me gusta · Responder · 1 sem

**Margaret Gutierrez** Dude a private citizen can't violate another private citizen's first amendment rights 😂

11

Me gusta · Responder · 1 sem

**Quinlan Cathleen** Coryn Washington no read all these posts. He just like Anthony Plaid...both are officers of the court...and just maybe Anthony should know better....

3

Me gusta · Responder · 1 sem

**Quinlan Cathleen** Margaret Gutierrez ...true it's done all the time!

Me gusta · Responder · 1 sem

**Margaret Gutierrez** Oh yeah? Find me a case where a court found that a private citizen violated another private citizen's first Amendment rights. I'd love to see it.

3

Me gusta · Responder · 1 sem

**Coryn Washington** Quinlan Cathleen If Michael Quinlan wants people to be nice to him, maybe Michael Quinlan shouldn't be in support of police violence against black people.

12

Me gusta · Responder · 1 sem

**Mike Halpert** Margaret Gutierrez you're not going to be able to have a reasonable conversation with someone who posted PlanDemic 😂😂

16

Páginas sugeridas Ver todas

**Anna Krolikowska Attorney at Law**
A Chris y 7 amigos más les gusta.
Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
Me gusta

**Melrose Park, Illinois Local - News Break**
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

+

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

EXHIBIT A014



Margaret Gutierrez If he saw it on Fox News I guess it's true 😈
Me gusta · Responder · 1 sem 😂 4

Quinlan Cathleen Coryn Washington Pretty sure he doesn't need you to like him! What is this....Kindergarten
Me gusta · Responder · 1 sem

Margaret Gutierrez This is your best comeback?
Me gusta · Responder · 1 sem 😂 3

Quinlan Cathleen Margaret Gutierrez yep...
Me gusta · Responder · 1 sem

Bob Cotter Quinlan Cathleen the " kindergarten" thinking is yours when you mistake peaceful written criticism for a violation of First Amendment rights.
Me gusta · Responder · 6 d · Editado 👍❤ 2

Sharone Mitchell Is this real life?
Me gusta · Responder · 6 d 😂 4

Johnny Ponce Quinlan Cathleen how is Anthony spreading someone else's speech also threatening that same speech? He's certainly not silencing him. And Sharone, I had the same question, is this really happening?
Me gusta · Responder · 6 d 👍 2

Escribe una respuesta...

Andrea Bonds Anthony Plaid you're a G.
Me gusta · Responder · 1 sem 👍❤😍 15

Sheree D. Henry How does he work in cook county, but live in Will county?
Me gusta · Responder · 1 sem ❤ 2

Tamara Misevich Sheree D. Henry was he grandfathered in before the living restrictions. If not, bye bye. I think all Cook County employees addresses need to be checked.
Me gusta · Responder · 1 sem ❤ 1

Billy Judge Sheree D. Henry There is no residency. Many people live in Indiana
Me gusta · Responder · 1 sem

Chandra J Smith Sheree D. Henry you don't have to live in cook county. As a matter of fact I believe a sheriff filed a law suit and won sometime around 2004 unless they have changed it since.
Me gusta · Responder · 1 sem 👍 1

Tamara Misevich City and County jobs should be for people living in said City and County. Why should these jobs go to people living out of said County, and most definitely should not be given to people out of State. My opinion.
Me gusta · Responder · 1 sem

Lucille Johnson Sheree D. Henry. Right
Me gusta · Responder · 5 d

Ileane Holley Sheree D. Henry that's only for Chicago PD, Fire, city colleges, mayor's office,etc. Cook county is more than Chicago.
Me gusta · Responder · 5 d



EXHIBIT A015

Buscar

Inicio Crear

Me gusta · Responder · 3 d

Escribe una respuesta...

**Sheree D. Henry** How does he work in cook county, but live in Will County?
1
Me gusta · Responder · 1 sem

**Abigail Clough** Sheree D. Henry There is no requirement to live in Cook County. I think that's a city thing.
2
Me gusta · Responder · 1 sem

**Ava Monique George Stewart** Abigail Clough there isn't?
Me gusta · Responder · 1 sem

**Billy Judge** Sheree D. Henry Even many suburban police departments have a 10/15 mile radius from the city they work in
Me gusta · Responder · 1 sem

**Abigail Clough** Ava Monique George Stewart No. Lots of Cook County employees live in DuPage and Lake. They tried to mandate Cook years ago but it didn't work.
3
Me gusta · Responder · 1 sem

Escribe una respuesta...

**Michael Neal** Oh boy .....
Me gusta · Responder · 1 sem

**Shirley Brown Beale** Let me say this: I AM TOTALLY IN FAVOR OF THE PEACEFUL PROTESTS. (Being a mother of 2 BLACK SONS), I have had "the conversation " with them for years because they do not have the same freedom to walk down the street without being racially profiled or... Ver más
7
Me gusta · Responder · 1 sem · Editado

**Drew LR** Nishá Dotson-Esquire Mike Halpert seeing lots of numbers and stats....still waiting on what lives he saves everyday 🧐
7
Me gusta · Responder · 1 sem

**Otis C. Wright** Got your back!
Me gusta · Responder · 6 d

**Will Howard** Shared again🤷🏾‍♂️
Me gusta · Responder · 5 d

**Terry Plaid** Courtroom Cops...Do they park cars..lol
1
Me gusta · Responder · 5 d

**Nishá Dotson-Esquire** I'll just sit this right here.
https://abc7chicago.com/sheriff-de-deputizes.../6246071/

ABC7CHICAGO.COM
Sheriff 'de-deputizes' deputies linked to online posts after Black Lives...
3
Me gusta · Responder · 5 d

**Doris Funches** Nishá Dotson-Esquire If this isn't a lesson to NOT post all your deepest desires, I don't know what is 🤪
1
Me gusta · Responder · 4 d

Páginas sugeridas Ver todas

**Anna Krolikowska Attorney at Law**
A Chris y 7 amigos más les gusta.
Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
Me gusta

**Melrose Park, Illinois Local - News Break**
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

2023-09-10 Baumann D's Production 139

EXHIBIT A016

Buscar

Inicio Crear

**Bob Strunck** He seemed friendly enough years ago in Branch 66. If he shot off his mouth, not exactly mensa material.

Me gusta · Responder · 3 d

**Shari Pop Gladney** Did any of his FB friends and family say anything during his post like "No you're wrong. They are peacefully protesting. I can't believe you think like that. Why would you think they are wrong for peacefully protesting??!" Bc This is a reason so much racism and discrimination continues. If none of his sheriff friends denounced his comments, how are you NOT part of the problem??! For far too long, you've allowed these types of comments to be freely made in your presence and Said NOTHING and the ONLY THING we can take from that is that YOU agree with them

1

Me gusta · Responder · 19 h

Escribe un comentario...

Páginas sugeridas Ver todas

**Anna Krolikowska Attorney at Law**
A Chris y 7 amigos más les gusta.
Me gusta

**Process Server Jobs**
A 183 personas les gusta esto.
Me gusta

**Melrose Park, Illinois Local - News Break**
A Laura y 8 amigos más les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

+

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

2023-09-10 Baumann D's Production 140



# EXHIBIT A017

**Wendy Fawcett**
June 10 at 20:35 ·

I made a personal commitment to stand as an ally. And to be honest, I wasn't sure if I was going to post this. But again, I reminded myself that silence is violence. This is some f * cked up backlash that my colleagues are now facing for putting together the PD march on Monday. This courtroom deputy is basically making a veiled threat that he won't protect the PDs, which is his job to do. I don't know if this is the right place to start, but here is the Sheriff's customer complaint number: (773) 674-5959.



**Anthony Plaid**
June 10 at 3:04 p.m.

This is Michael Quilan. He is currently employed by The Cook County Sherrif Tom Dart and "serves" as a courtroom deputy. He apparently didn't like the rally and...
see more

---

| fifteen | 1 comment |
|---------|-----------|

| I like | Comment | Share |

John Kelly Sounds "systemic"?

<p style="text-align:center; color:red;">**EXHIBIT A018**</p>

**Wendy Fawcett**
19 h ·



MAKOSICA.BANDCAMP.COM

**Featuring Tatsu Aoki, Thymme Jones & Jacob Fawcett, by mako sica**     save

one

| I like | Comment | Share |
|---|---|---|

Write a comment...

---

 **Wendy Fawcett**
June 16 at 17:18 ·

Good news, guys! It's not all cops that are bad. 3 white people said so.👍

27       15 Comments  3 times shared

| I like | Comment | Share |
|---|---|---|

 **Nikki Gonzalez Nelson** Lol # ACAB

# EXHIBIT A019



TENOR

I like · Reply · 1 d

 **Wendy Fawcett** Nikki Gonzalez Nelson this is legitimately the face I make about 16 hours a day

I like · Reply · 1 d

 **Jeannette Wize** Wow ... that's really the attitude to help make positive change. I continue to keep positive thoughts for you as someone I feel is my friend.
I will continue to do all I personally can to make changes that contribute to the greater good on the heavy issues we've discussed on this public platform.
EVERYONE is allowed to express their feelings, lord knows I have, and will again.

Respectfully and Sincerely.

I like · Reply · 1 d

 **Wendy Fawcett** Jeannette sorry but being "nice" and "respectful" or SILENT has gotten us to this point. Thoughts and prayers hasn't stopped mass murder or evoked reasonable gun control just like your positive thoughts won't change the fact that there's a systematic p ... See more

I like · Reply · 1 d

https://www.facebook.com/wendy.fawcett.9?comment_id=Y29tbWVudDo3MDAxNzI3NzcxOTI3NDBfNzAwMjQwOTkzODUyNTg1

# EXHIBIT A020

 **Jeannette Wize** Keeping positive, and speaking up do work. You've given me many details to consider, and to speak out on within my community. Speaking respectfully, and powerfully IS possible. I'm not asking you to be subservient (in case that was interpreted that way).

I will continue to listen to your perspective, as listening is very important.

Thoughts and prayers DO help, but they need the voice of change to BE heard too - not empty lip service of "I'll pray for you".

Also, in case this is not clear, "all cops" are not in the right, but distinguishing those that are - from those that aren't - IS still important. It's not about "rewarding for required job completion", but helping to keep from potential generalities getting interpreted as "all are bad".

Still with sincerity and respect.

I like · Reply · 1 d · Edited

 **Amy Smith** Wendy Fawcett Exactly. Being respectful, submissive, & nice gets us hit with rubber bullets, pepper spray, blamed for the rioting and looting that whypipo are doing, and we are still being targeted, harassed, hurt, and killed by cops even after George Floyd's murder. Maybe cops and whypipo need to be the nice ones for once. 🤦🏿‍♀️

I like · Reply · 1 d · Edited     one

Write an answer...

 **Darian Nocentelli**



https://www.facebook.com/wendy.fawcett.9?comment_id=Y29tbWVudDo3MDAxNzI3NzcxOTI3NDBfNzAwMjQwOTkzODUyNTg1

**EXHIBIT A021**



TENOR

I like · Reply · 1 d



**Candy Minx** There's no way some people are able to change or see that the world is an illusion ... so when transformation occurs they dig in and fight to hold in the rigid ideas. This happens in scientific theories, in art and in social structures.

Some people ar ... See more

I like · Reply · 1 d



**Katherine Ribbeck Balcerzak** But all cops aren't bad!

I like · Reply · 1 d



**Wendy Fawcett** Katherine Ribbeck Balcerzak I realize the word "all" is triggering for those who don't want to believe there's a problem. But there's a systematic, cultural problem with American policing

I like · Reply · 1 d     6



**Mike Halpert** Katherine Ribbeck Balcerzak what do you call a "good cop" who doesn't turn in a bad one?

I like · Reply · 1 d     one



**Sarah Fransene Spelman** Mike Halpert why do riot police go to work early?
.
.
.
To beat the crowds.
ACAB.

I like · Reply · 1 d     one



**Katherine Ribbeck Balcerzak** Wendy Fawcett I support my law enforcement And I do believe there is a problem with some police but like I said ALL cops are not bad!

I like · Reply · 17 h



**Wendy Fawcett** Katherine Ribbeck Balcerzak we all support law enforcement with our taxes. I demand that they ALL be held accountable, whether they directly caused the harm, covered up, remained silent or turned a blind eye.

I like · Reply · 17 h     2

Write an answer...



**Tabitha Kateri** Damnit, Wendy, you're watching Fox again, aren't you ?!

I like · Reply · 16 h

# EXHIBIT A022

**Wendy Fawcett**

June 16 at 08:50 ·

these pictures and stories about the "good cops," the ones who give out hugs, or conduct a traffic stop without killing the black or brown driver, it's like people want to give them a trophy for participation or whatever bullshit they are always complaining about millennials. Oh, look they did their job properly. Smile for the camera. # blacklivesmatter # defundthepolice # holdcopsaccountable

18                                                    16 Comments  1 time shared

| I like | Comment | Share |
|--------|---------|-------|

 **William P. Wolf** You're surprised that someone wants credit for not closing another's breathing tube?

I like · Reply · 1 d

 **Wendy Fawcett** I'm not surprised. I'm just tired of the "but, but, but look at this guy. He's a good guy" stories.

I like · Reply · 1 d                                              2

**Wendy Fawcett**



I like · Reply · 1 d                                              3

 **Caroline Simon** Wendy Fawcett it is interesting that this person described murdering people on camera so flippantly as "questionable interactions" and "mak [ing] for clicks and eyeballs." This person should rethink some things in their life. Thank you for standing up to them.

I like · Reply · 1 d

Write an answer...

 **Gordon Levin** I happen to know lot of law enforcement Wendy. We're going to have to agree to disagree here.

I like · Reply · 1 d

Hide 11 answers

2023-09-10 Baumann D's Production 146

# EXHIBIT A023

**Wendy Fawcett** Gordon Levin so you're not willing to question your belief system? You're not willing to listen to the black and brown people who say, not all encounters are like the one you posted? You're not willing to question the data you cited? Where did that data come from? Who is the gatekeeper of that information?

I like · Reply · 1 d   3

**Gordon Levin** Wendy Fawcett My data comes from NIJ. Their latest report on Crime and Race is from 2015. Easily available for you to Google. I try not to have a "belief" system; I try to be governed by facts and logic, not emotions.

I like · Reply · 1 d

**Wendy Fawcett** And where does NIJ get their data?

I like · Reply · 1 d   2

**Wendy Fawcett** You do have a belief system. You are choosing to believe that the majority of cops are good. That what we see, these deaths, that because they make the news, those are the bad cops. That there aren't more bad cops because we don't see them in the news.

I like · Reply · 1 d   2

**Gordon Levin** Wendy Fawcett If 0.1% of 800,000 cops were "bad" that would be 800 bad cops. Now, we can be snarky and say that's 800 too many, or we can be objective and say that a very high percentage of the cops are good, and we should be trying to work to make it even better. Look at any other profession and tell me they have any better rate of performance by any measure?

I like · Reply · 1 d

**Wendy Fawcett** Gordon Levin I told you I'm done with this conversation because it became passive-aggressive. Have a nice day.

I like · Reply · 1 d   one

**Patricia Parker** Gordon Levin the thing is, the bad cops are literally killing people. And they are protected by their unions. At the very least, union rules need to be changed to make it possible for cops who murder be able to be fired and never rehired as cops or peo … See more

I like · Reply · 1 d   one

**Gordon Levin** Patricia Parker Totally agree! If you go to my FB page and were to scroll down, you'd find that I previously posted total support for the NAACPs list of actionable changes that should be enacted.

I like · Reply · 1 d   one

**Revolutiôn MacInnes** Gordon Levin Good cops would stop bad cops, even if risking their lives to do so.

2023-09-10 Baumann D's Production 147

**EXHIBIT A024**

Good cops would be pushing bad cops out of the profession. … See more

one

I like · **Reply** · 1 d

 **Gordon Levin** Total BS. You've seen thousands of good cops marching against a few bad cops over the last few weeks. Good cops do fire bad cops. However, we could certainly use some new new rules for police union contract negotiations ...

I like · **Reply** · 1 d

 **Revolutiôn MacInnes** Gordon Levin What kind of crack are you smoking? Cops are marching like jackbooted thugs to protect their own. Their culture is violent. They are violent. They cannot change. We need a new paradigm.

I like · **Reply** · 1 d

Write an answer...

EXHIBIT A025



Wendy Fawcett
May 30 at 16:11

Everyone who's said more the last few days about property and buildings, but didn't have a word to say about a black man's death at the hands of a cop, excuse me, by the knee of a cop ... I see you. 👀 oh I know, I know. You don't support "those actions." Yes, you do. We ALL do! You pay taxes? You pay that man's salary. We pay the salaries of dudes with badges who have the PRIVILEGE to carry a badge. And with that PRIVILEGE, and with our support, they kill when they decide. (Or sometimes they just shoot in the back, or buttock, or leg.) And OVERWHELMINGLY, THEY DECIDE TO KILL BLACK AND BROWN PEOPLE. Your tax dollars are spent supporting a culture (police department culture) that is racist and furthers white supremacy. (Your tax dollars are also spent in settlement $$$) And you're concerned about STORES! STORES! Not LIVES? Stores. Ok. I see you.

28          2 comentarios  4 veces compartido

Me gusta          Comentar          Compartir

Megan Tomlinson 🙏🙏🙏❤️❤️❤️
Me gusta · Responder · 2 sem

Benjamin Hayes On point as usual Wendy Fawcett!! 💯
Me gusta · Responder · 2 sem

Escribe un comentario...

Suggested Pages          See all

Melrose Park, Illinois
Local - News Break
TO Diana and 8 more friends like this.
👍 I like

Drive for DoorDash
270 people like this.
👍 I like

Law Offices of John D.
Kirby, APC
77 people like this.
👍 I like

Spanish · English (US) ·
Português (Brazil) · Français (France) ·
Deutsch

Privacy · Conditions · Advertising · Ad options ▷
· Cookies · Plus ▾
Facebook © 2020





EXHIBIT A026

Search

Start Create

**Wendy Fawcett**
June 8 at 18:59 ·

You know what I've been thinking about? As attorneys (in Illinois) if we think or know another attorney has done something unethical or engaged in misconduct, we have a duty to report it, and if we don't, we could be disciplined. You know why? We're in a position of trust. You know who else is (allegedly) in position of trust? The police. But CPD has the code of silence. They back each other up. They lie for each other. They cover for each other. They say things like "I'm live" to let each other know their BWC camera is on. Isn't it time we hold cops accountable? # blacklivesmatter # HoldCopsAccountable # defundthepolice

28 5 Comments

I like Comment Share

**JJ Gahagan** More dangerous in police to narc. Your partner can look the other way if you get into trouble.
I like · Reply · 1 week

**Wendy Fawcett** JJ Gahagan are you defending the code of silence?
I like · Reply · 1 week

**Wendy Fawcett** JJ Gahagan ... and this is EXACTLY what is so wrong about police department culture
I like · Reply · 1 week

**JJ Gahagan** Not defending it by I understand it. You could end up dead before anything even happens to bad cop. You know legal system can be corrupt for cops
I like · Reply · 1 week

**JJ Gahagan** Wendy Fawcett the justice system historically let cops off too.
I like · Reply · 1 week

Write an answer...

Write a comment...

Suggested Pages See all

Melrose Park, Illinois Local - News Break
TO Danny-Natalieand 8 more friends like this.
I like

Drive for DoorDash
270 people like this.
I like

Law Offices of John D. Kirby, APC
77 people like this.
I like

Spanish ·English (US) · Português (Brazil) · Français (France) · Deutsch

Privacy · Conditions · Advertising · Ad options · Cookies ·Plus
Facebook © 2020

EXHIBIT A027

Search

Start Create

**Wendy Fawcett**
June 9 at 22:22

This is gaslighting and manipulation. It's a tactic used by abusers, reactive abuse. Don't fall for it. The profession is built and sustained by white supremacy.

2,494,731 plays

**Dan Bongino**
June 9 at 7:19 p.m.

I like this page

"Stop treating us like animals and thugs and start treating US with respect."

4 3 Comments

I like Comment Share

**Cee Morgan**
I'm pretty sure we are watching the police collectively having the experience of being pulled over for a crime they didn't personally commit because they "fit the description" and are actively resisting, while the entire world is yelling repeatedly "stop resisting!" and they really don't like it.

I like · Reply · 1 week 4

Wendy Fawcett replied · 1 reply

**Darian Nocentelli** ···

Suggested Pages See all

Melrose Park, Illinois Local - News Break
TO Laura and 8 more friends like this.
I like

Drive for DoorDash
270 people like this.
I like

Law Offices of John D. Kirby, APC
77 people like this.
I like

Spanish · English (US) · Português (Brazil) · Français (France) · Deutsch

Privacy · Conditions · Advertising · Ad options · Cookies · Plus
Facebook © 2020

2023-09-10 Baumann D's Production 151

EXHIBIT A028



I like · Reply · 1 week

Write a comment...

EXHIBIT A029

Buscar | Inicio | Crear

**Megan Tomlinson**
8 de junio a las 16:02 ·

If you want to talk about looting, do you know how many times a day the Chicago Police Department breaks a family's front door down pursuant to a "raid" and tears a home apart, kills a family dog, pulls a toilet out of the floor, takes all the cash alleging its drug money, only to recover a half gram of cocaine? All from people who barely have anything to begin with.

60 · 16 comentarios 14 veces compartido

Me gusta · Comentar · Compartir

**James Walker** Make this public
Me gusta · Responder · 1 sem · 1

**Megan Tomlinson** James Walker lol you're so bossy
Me gusta · Responder · 1 sem · 3

**James Walker** You're so sensitive haha
Me gusta · Responder · 1 sem · Editado · 2

Escribe una respuesta...

**Sheri Brenner** How do you keep it together, Megan!? This is all too much and you know and have seen so much.
Me gusta · Responder · 1 sem

**Megan Tomlinson** Sheri Brenner Bc they're not breaking my door down! I don't know how my clients and their families keep it together.
Me gusta · Responder · 1 sem · 4

**Sheri Brenner** Megan Tomlinson That's very good perspective
Me gusta · Responder · 1 sem · 1

Escribe una respuesta...

**Courtney Smallwood** Not to mention all the cars they ruin and/or tow causing outrageous towing/storing fees which our clients can't afford
Me gusta · Responder · 1 sem · 7

**Tyler James Austenfeld** Or the laws where cops can just take your money and you have to prove where you got it like the guy in Utah when the police officers took 75,000 for him he withdrew to build a music studio.
Me gusta · Responder · 1 sem · 1

**Camille Mo** I was just saying this today!!!!
Me gusta · Responder · 1 sem · 2

**Megan Tomlinson** Camille Mo if only the public got to watch a bwc of a CPD raid
Me gusta · Responder · 1 sem · 1

Escribe una respuesta...

**Al Hofeld Jr.** That's exactly right.
Me gusta · Responder · 1 sem · 1

**Jeff Nichols** What do they do with the cash? Do they just pocket it?

Páginas sugeridas · Ver todas

**Melrose Park, Illinois Local - News Break**
A Joey y 8 amigos más les gusta esto.
Me gusta

**Drive for DoorDash**
A 270 personas les gusta esto.
Me gusta

**Law Offices of John D. Kirby, A.P.C.**
A 77 personas les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

EXHIBIT A030

Buscar

Inicio Crear

Megan Tomlinson Jeff Nichols they inventory it

Me gusta · Responder · 1 sem

Escribe una respuesta...

**Tom Herres** If you receive a video recording of such a raid pursuant to a subpoena duces tecum from CPD and NOT tendered from the state pursuant to a Motion for Discovery or a Motion to Produce, same obligation to keep it exclusively in your custody?

What about tipping off a friendly TV reporter and informing them that they may wish to exercise their rights under the FOI Act?

1

Me gusta · Responder · 1 sem

**Noah Helfand** Sounds like the beginning of a Denzel Washington movie.

Me gusta · Responder · 1 sem

**Keegan Schunke** The city that has been run by Democrats for 60 years, top to bottom. Why do we refuse to acknowledge this? I know you know the definition of insanity....

Me gusta · Responder · 1 sem

Escribe un comentario...

Páginas sugeridas Ver todas

Melrose Park, Illinois Local - News Break
A Joey y 8 amigos más les gusta esto.
Me gusta

Drive for DoorDash
A 270 personas les gusta esto.
Me gusta

Law Offices of John D. Kirby, A.P.C.
A 77 personas les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más

Facebook © 2020



 

**EXHIBIT A031**

 Megan Tomlinson   Biografía ▾   Reciente ▾     **Agregar**

### Fotos





**Megan Tomlinson**
30 de mayo a las 12:23 · 🌐

Prosecutors cannot prove intent to murder George Floyd? Let's talk about intent. Since cannabis became legal in Illinois, the Chicago Police Department has repeatedly arrested and charged young black and brown men who are found with small amounts of cannabis on their person, with the felony offense of possession with intent to sell cannabis, where there is absolutely no evidence of intent to sell it. These officers charge these black and brown men with class 3 felonies simply by alleging intent to sell, thus punishable by 2-5 years in prison, for possessing cannabis which is perfectly legal for white citizens of Illinois. You're disgusted with looting a Target? I'm disgusted with police officers purposefully ruining a young person's life by arresting them and sending them to prison for something that those officers know is perfectly legal. And then prosecutors want to say they cannot prove intent to murder George Floyd. SMH.

👍❤️😠 54      10 comentarios · 4 veces compartido

 Me gusta    💬 Comentar    ↪ Compartir

---

### Amigos · 851 (16 en común)

  

 **Lindsay Bremer** Can you make this public so I can share it Meg
Me gusta · Responder · 2 sem

 Megan Tomlinson Lindsay Bremer done.

Me gusta · Responder · 2 sem

**EXHIBIT A032**





| Megan Tomlinson | Biografía ▾ | Reciente ▾ |

**Agregar**

  

 **Amigos** · 851 (16 en común)

  

David L.    Rosado Joanne    Pete Garbis
Freidberg

  

David Gaeger    John McDonnell    Gregory Walker

  

---

 **Megan Tomlinson**
5 de junio a las 12:09 · 🌐                                  •••

Chicago Police Department Officer James Hunt who brags on this video "I kill mother fuckers" and did in fact shoot and kill a juvenile, was on the streets of Chicago this weekend making arrests.
Call the Chicago police superintendent and tell him you want officer James Hunt off the street before he kills again.



CHICAGO.CBSLOCAL.COM
**CPD Officer James Hunt, Who Said He's Killed 'Mother------s,' Could Be Suspended For 1 Year After COPA Review**

EXHIBIT A033

Buscar    Inicio    Crear

**Cass Casper**
4 h ·

COOK COUNTY COURT SERVICE DEPUTIES:

This is Cook County PD Anthony Plaid. He engages in online social media bullying as part of Cook County's SOCIAL-MEDIA-POLICE-FORCE-ONE by posting personal pictures of a Deputy and encouraging others to bully him. He should have taken life advice from some of his own clients, and not engaged in online bullying! LET'S MAKE HIM FAMOUS AS A SOCIAL MEDIA BULLY!

#ENDHISTAXPAYERFUNDING

**Anthony Plaid**
57 mins ·

This is [redacted]. He is currently employed by The Cook County Sherrif Tom Dart and "serves" as a courtroom deputy. He apparently didn't like the rally and march we had on Monday so he wished us "good luck" "when the courts open back up." He unfriended a lot of us, including me (not that I care I didn't request him anyway), but didn't unfriend enough so that we didn't get the post. Maybe all those years we "turned to you for help," you should have picked up some free legal advice when we would tell our clients to not post on social media. And by "instigator," maybe you meant organizer of a peaceful protest. Funny thing is I, along with other PDs, don't even put deputies in the same boat with the police ,but since you want to jump on board...Share away people. Make him famous.

3    9 comentarios  2 veces compartido

Me gusta    Comentar    Compartir

**Saran Crayton** Cass Casper here is the point you FAIL to understand. These were predominately BLACK PDs who appeared to be targeted for peacefully protesting in a BLACK LIVES MATTER protest on their own time off. NO ONE was protesting COOK COUNTY SHERIFFS. HOWE... Ver más
Me gusta · Responder · 1 h · Editado    1

Cass Casper respondió · 3 respuestas   43 min

**Saran Crayton** That's wonderful that you PERSONALLY have no issue. However, you speak of hypocrisy on the left side of your mouth (so to speak) without acknowledgment the ONLINE bullying of the BLACK PD's on the other. How does that correlate in your mind?
Me gusta · Responder · 41 min · Editado

**Cass Casper** So because you claim that one of the Deputies said something that offended PDs, that justifies a bunch of online bullying from your office? YOU guys are the ones speaking of both sides of your mouths. Furthermore, one of the collages WAS NOT EVEN OF THE PERSON YOU ARE REFERRING TO! IT WAS SOMEONE ELSE ENTIRELY! That's what I'm saying here: YOU GUYS MADE A COLLAGE OF A DEPUTY WHO DID NOT MAKE THAT POST!
Me gusta · Responder · 38 min

**Saran Crayton** Counsel, I'm going to need you to pay attention to detail. Please point to the place where I stated ONE deputy said anything. "YOU GUYS?". I hope the diversity of your constituents are paying attention. Good day, Counselor.
Me gusta · Responder · 34 min

Páginas sugeridas    Ver todas

**Drive for DoorDash**
A 268 personas les gusta esto.
Me gusta

**Law Offices of John D. Kirby, A.P.C.**
A 76 personas les gusta esto.
Me gusta

**Accounting Freedom LLC**
A 15 personas les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más ·
Facebook © 2020

2023-09-10 Baumann D's Production 157







EXHIBIT A034

Buscar

Inicio Crear

made a "make him famous" collage of a Deputy containing pictures of his wife and grandkids, blathered it on the internet for anyone to see, and that that was not even the Deputy who made any of the posts you are referring to? You know, kind of like a case where the wrong guy being arrested by the police. I assume your office knows that's a defense sometimes, right?

1

Me gusta · Responder · 30 min

**Saran Crayton** Cass Casper I'm sorry, I said. "Good Day, Counselor."

Me gusta · Responder · 29 min · Editado

Escribe una respuesta...

Escribe un comentario...

Páginas sugeridas Ver todas

Drive for DoorDash
A 268 personas les gusta esto.
Me gusta

Law Offices of John D. Kirby, A.P.C.
A 76 personas les gusta esto.
Me gusta

Accounting Freedom LLC
A 15 personas les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

2023-09-10 Baumann D's Production 158

**EXHIBIT A035**

**Brian Goodwill** Good Lord..... 😔

Me gusta · Responder · 3 h



**Maria Svistchova** Brian Goodwill don't cry, these brave women spent hours with people in custody defending their constitutional rights, during a pandemic! They would do the same for you.

Me gusta · Responder · 2 h    2



**Maria Svistchova** Just so we are on the same page, you are calling for the Public Defender's Office to be defunded, knowing that the majority of the clients the office serves are indigent accused and people of color. I screen shot your call to action and I will make you famous! I'm sure ARDC would love to know about this as well.

Me gusta · Responder · 2 h    1



**Cass Casper** I am NOT calling for it to be defunded. I am calling your boss out for acting like the social media police on my Client base, many of whom, by the way, take the badge as a means out of poor and underfunded neighborhoods in Chicago, only to face major i... See More

**I like it** · Reply · 2 h · Edited    one

 **Cass Casper replied · 13 answers**   2 h



**Maria Svistchova** Anyway I have to go make you famous! Bye bye!

I like it · Reply · 2 h    one

Ocultar 34 respuestas



**Cass Casper** And see - that's fine with me, because my position is solid here. Furthermore, that kind of social media bullying from you is exactly what I'm talking about. How's it any different for your office to berate and retaliate against me with social media bullying -- especially after I filed a complaint -- than what you complain of?

Me gusta · Responder · 2 h



**Cass Casper** It's actually retaliation.

Me gusta · Responder · 2 h

**EXHIBIT A036**

 **Maria Svistchova** Well we will see about your solid ground. Buttom line remains. The deputy was in the wrong 100% what he said was a threat to not protect the public defenders that were at the BLM protest.
He was called out for it. And rightfully so.
I'm not sure what your role is, deputies have a union who will deal with it.

Me gusta · Responder · 2 h    1

 **Wendy Fawcett** Maria Svistchova looks like he's just trying to use all of this to promote his new union

Me gusta · Responder · 1 h    2

 **Cass Casper** Absolutely not. Your office attacked my clients. In a major way. Look at the hypocrisy I've pointed out here and stop with the shots at me. I stop my criticism when you stop attacking my Clients.

Me gusta · Responder · 1 h · Editado

 **Maria Svistchova** Cass Casper please explain "good luck when they return to the building" that's all we want. Still waiting....

Me gusta · Responder · 1 h    1

 **Cass Casper** Who's they? Judges? The public? Litigants? Did you ask what was meant by that comment from the person who
Posted it or did you guys just flip out and start 'make famous' collages? Aren't you supposed to investigate facts as an attorney before coming to knee jerk assumptions and reactions? I would think you would have been certain before other PDs start engaging in widespread online social media bullying over it.

Me gusta · Responder · 1 h · Editado

 **Cass Casper** I guess what you're saying is that you don't actually know what was meant by it. So that tells me your case justifying social media bullying was completely unjustified.

Me gusta · Responder · 1 h

**EXHIBIT A037**

 **Cass Casper** Besides the Abigail post was not even about that Deputy, but another one entirely. Know your facts much?

Me gusta · Responder · 1 h

 **Maria Svistchova** Cass Casper "They" are the BLM protesters outside the courthouse organized and attended by public defenders.

Me gusta · Responder · 1 h

 **Maria Svistchova** If you threaten me on social media I will expose you. That's all the facts you need. Stay focused. Protests then threat then exposure. Nothing complicated here.

Me gusta · Responder · 1 h

 **Cass Casper** Oh do you know that? Did you confirm that through witness interviews? Or is this just a bunch of assumptions you're making?

Me gusta · Responder · 1 h

 **Maria Svistchova** I know what was meant by it that's why I'm ok with results. You are not so I want to hear your explanation.

Me gusta · Responder · 1 h

 **Cass Casper** Oh you "know." Gut assumptions are not admissible evidence as far as I can recall.

Me gusta · Responder · 1 h

 **Maria Svistchova** Still waiting

Me gusta · Responder · 1 h

 **Cass Casper** Not my burden of proof. And I'm still waiting for your explanation about why the PDs were justified in making collages and engaging in social media bullying unbecoming their office.

Me gusta · Responder · 1 h

 **Maria Svistchova** I'm bored with you.

Me gusta · Responder · 1 h

<span style="color:red">**EXHIBIT A038**</span>

 **Maria Svistchova** The decision was made by the Sheriff take it up with him. The deputy was in the wrong was rightfully exposed.
We are having Facebook conversation and you are taking about evidence or burden. You know why? Because you can't twist the facts. That statement was wrong.

Me gusta · Responder · 1 h

 **Cristy Sabs** You're bored? Lol. Spoken like a true basic b*tch. #karen

**Me gusta** · Responder · 45 min                    1

 **Maria Svistchova** Cristy Sabs you kiss your kids with that mouth. Gross.

Me gusta · Responder · 39 min

 **Jennifer Vaughn** Cristy Sabs I do not know you, and you do not know me. And we should keep it that way. Because if you insult my friend again, I'll be your absolute worst enemy. You have nothing to do with this thread. Stay in your lane.

Me gusta · Responder · 39 min

 **Cristy Sabs**


Me gusta · Responder · 37 min

 **Cristy Sabs** Jennifer Vaughn noted. That sounds like a threat to me.

Me gusta · Responder · 32 min

 **Maria Svistchova** Jennifer Vaughn it can read!

Me gusta · Responder · 31 min

 **Cass Casper** Yeah really. That does sound like a threat. Are PD's threatening people now?

Me gusta · Responder · 31 min

 **Maria Svistchova** Cass Casper I'm still waiting.......

Me gusta · Responder · 31 min

 **Jennifer Vaughn** Cass Casper oh my god you guys. This all could not be more ridiculous.

**EXHIBIT A039**

Me gusta · Responder · 30 min



**Maria Svistchova** Jennifer Vaughn I'm not sure who she is, but I definitely know she is a troll. Comes in drops a terd and then screams that she is getting threatened. Lol who's the Karen? Mind your own business!

Me gusta · Responder · 28 min



**Cass Casper** Right. A PD threatening a member of the public. I agree, it could not be more ridiculous.

Me gusta · Responder · 27 min    1



**Maria Svistchova** Cass Casper still waiting.......

Me gusta · Responder · 26 min



**Gia Scatchell** Maria Svistchova you are an officer of the court. Stop embarrassing the profession and yourself. If you're so bored, might want to review the social media policy for the pd's office.

Me gusta · Responder · 25 min



**Maria Svistchova** Gia Scatchell hello troll #2

Me gusta · Responder · 25 min



**Maria Svistchova** Cass Casper still waiting.... maybe your support staff can help you explain what that deputy meant.

Me gusta · Responder · 23 min



**Cass Casper** OK. Honestly, this is going too far. My intent in all this was to point out some really blatant hypocrisy that is going on and how inappropriate social media bullying is, especially for PD's. Now it's devolving into name-calling and threatening -- none of which I'm on board with. I'm saying goodnight.

Me gusta · Responder · 22 min    1

 Escribe una respuesta...

2023-09-10 Baumann D's Production 163

**EXHIBIT A040**

 **Cass Casper** Would you guys like to talk to the Deputy who contacted me about this today and see how upset he was about that post with his family pictured? I can patch you in with him and you can see how much it upset him. No problem.

I like it · Reply · 2 h

 **Maria Svistchova** Cass Casper is that the one who said good luck going back to the building? No thanks I think I can out upset him!

Me gusta · Responder · 2 h

 **Cass Casper** No it's actually someone else who showed up on Abigail's post.

Me gusta · Responder · 2 h

 **Cass Casper** Happy to set up the phone call tomorrow. Just say when.

Me gusta · Responder · 2 h

  Escribe una respuesta...

 **Benton Williams** After busting their butts all day doing literally hundreds of bond hearings on the weekend they do an awesome dance routine. Those PD s are the best on the planet and I'm proud that they are my colleagues.

I like it · Reply · 1 h    two

**Benton Williams** Plus those are awesome dance routines. They won't let me join. 😟

I like it · Reply · 53 min    one





link.

EXHIBIT A042

**BREAKING** **3 HRS** NYTIMES.COM

# Civil Rights Law Protects Gay and Transgender Workers, Supreme Court Rules

**Abigail Clough**
3 hrs · 👥

## Woooooohooooo. Suck it Trump.

2023-09-10 Baumann D's Production 166

**Show Attachment**



all Sprint 📶    3:50 PM    @ ✓ 19% 🔲

‹ 🔍 **Abigail Clough**

**FOLLOW UP.**

**Molly's Birthday Fundraiser**

$695 raised of $500

12 people donated.

👍❤ 2

**Abigail Clough**    ...
March 25 · 🌐

I think any Republican choosing their
401k over quarantine should be forced
to sign a waiver giving up their access
to a hospital bed and ventilator.
**#followtherules**
**#thePresidentisatwat**

👍❤😆 36        17 Comments    Shares

👍 Like    💬 Comment    ➢ Share



**Maria Svistchova** No need, here you go: ...



URBAN DICTIONARY

**TOP DEFINITION**

# twat

a twat is someone/something that is
unbearably **jarring**, no matter how
quite it seems to be , deep down its
really fuckin annoyin. no one likes a
twat and if you are a twat well just
know that **majority** of your **mates**
dont like you.

Like · Reply · 13h  1



**Dan Kpf** From a more credible source....



Case: 1:23-cv-00435 Document #: 50-15 Filed: 09/13/23 Page 53 of 58 PageID #:482

EXHIBIT A045





**Mary Doyle**
6 de noviembre de 2018 · 🌎

Yes, indeed, I did vote today! I'm in Cook County and my vote was more of an FU to Trump than thinking that my vote would make a difference to the elections as a whole. Cook County goes Democratic, you know. JB is going to win, so my vote was a miniscule point. I think Kwame Raoul will win, so my vote may count. I will admit now, after the election, that I think Kwame is a doofus. But, he is better than the alternative when it comes to some issues. Let's hope he follows through.

I also found my vote significant because I voted NO to retain most of the judges up for retention. At least 3 of these judges have not been recommended by several lawyer organizations and at least one has been severely criticized by the appellate court. Plus, I have difficulty in blindly voting to retain judges, especially when there is not much information out there about them and a vote to retain is a vote to give them a salary of over $200,000 for, practically, life. I have an advantage of knowing a number of these judges because of my job. In the end, yes, indeed, there were several judges that I did vote to retain and/or vote to elect because I believe in them (Beatriz, Joanne, among those to whom I said yes).

Finally, it did take a little bit of time for me to check in to vote this morning. I told the lady several times, probably 4 or more, that my address was 244. She kept looking for 224. Then, my signature raised some eyebrows. My signature has significantly changed in the past 7 years, going from a somewhat legible Mary Doyle to a somewhat legible MHDoyle, to a somewhat legible MDoyle, to a scribble MDoyle.

I saw the election judges' judgmental facial expressions and informed them that my signature had, indeed, changed a lot over the years. The one judge judgmentally said "Yes it has." However, I never offered to show them my ID.

And, then, I voted. Yay!!



👍❤️ 20                    16 comentarios

👍 Me gusta          💬 Comentar

**Páginas sugeridas**    Ver todas



**Melrose Park, Illinois**
Local - News Break
A Laura y 8 amigos más les gusta esto.
👍 Me gusta

**Drive for DoorDash**
A 270 personas les gusta esto.
👍 Me gusta

**Law Offices of John D. Kirby, A.P.C.**
A 77 personas les gusta esto.
👍 Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios ▷ · Cookies · Más ▾
Facebook © 2020



 EXHIBIT A046

Buscar

Inicio Crear

about each judge on the ballot via the Bar Associations.

Me gusta · Responder · 1 año 1

Bruce Eli Mosbacher respondió · 4 respuestas

**Kenneth Peve** When I heard Kwame speak at the rally I attended on Sunday, it raised my eyebrows. He said he was the son of Haitian immigrants, born 3 years before his mother became a citizen and that Haiti wasn't a shithole country. I felt he was making a very personal acknowledgement of the difference between him and his opponent's party.

Me gusta · Responder · 1 año · Editado 2

Mary Doyle respondió · 3 respuestas

**Beatriz Santiago** Thank you so much for your support and belief in me. Xo

Me gusta · Responder · 1 año 1

**Margaret Lynn** Did they have you sign a blue label to update your signature?
I am sure there was no judgment. Judges have to match your signature and if they are careless there are poll watchers, rovers and even the asst attorney general stops by to make sure every i is dotted. 🙂

Me gusta · Responder · 1 año · Editado

Margaret Lynn respondió · 2 respuestas

**Seamus Oreilly** Michigan delivered 🌊🌊🌊🌊

Me gusta · Responder · 1 año

**Gayle Wittle Hassan** I did as much research as I could on the judges this year. I didn't want to be responsible for subjecting people to crappy judges.

Me gusta · Responder · 1 año

**Gayle Wittle Hassan** So only one Cook County judge lost the judgeship?

Me gusta · Responder · 1 año

Escribe un comentario...

Páginas sugeridas Ver todas

Melrose Park, Illinois Local - News Break
A Laura y 8 amigos más les gusta esto.
Me gusta

Drive for DoorDash
A 270 personas les gusta esto.
Me gusta

Law Offices of John D. Kirby, A.P.C.
A 77 personas les gusta esto.
Me gusta

Español · English (US) · Português (Brasil) · Français (France) · Deutsch

Privacidad · Condiciones · Publicidad · Opciones de anuncios · Cookies · Más
Facebook © 2020

**Abigail Clough** ▶ **Cook County Public Defender Union Members**
○ Admin · 2 hrs · 🔲

---

View previous comments...

 **C.c. Gorman**
Ohhhhh a FB war with the Sheriff's this could be fun... I wonder who will win! 😜

2h   Like   Reply       👍 1

 **Abigail Clough** ○
"DON'T TRY TO OUT-PD A PD!!!!"

2h   Like   Reply       😆 9

 Write a reply...

 **Dan Walsh**
Come at me bro 👍 3

2h   Like   Reply

 **Dan Walsh**
It's actually funny because first It wouldn't help their case. Second one of the sheriffs who was making comments on the racist Facebook postused to be a Facebook friend but he had blocked me. Long time ago

2h   Like   Reply

 Write a comment...   GIF ☺



**Abigail Clough** ▶ **Cook County Public Defender Union Members**
◉ Admin · 2 hrs · ⊞



**Dan Walsh**
I'm glad it was sent to the inspector general. Because it sounds like it's possible that sheriffs are retaliating. For public defenders exercising their right to complain about workplace comments and conditions. I will be interested in seeing how that is resolved. It's the functional equivalent of one of our clients walking out with a manila envelope. I can't believe how ridiculously stupid that is

2h    Like    Reply                    4



**Dan Walsh**
**Abigail Clough**. Did you see the email he wrote to Amy? Where he misspelled misogynistic?

2h    Like    Reply



**Dan Walsh**



Write a comment...



**Abigail Clough** ▶ Cook County
**Public Defender Union Members**
○ Admin · 2 hrs · 🔳

···



**Catherine Wilde**
**Abigail Clough** it is - I googled them both. Several obituaries where they're respectively listed as spouses.

1h Like Reply



**Catherine Wilde**
**Abigail Clough** also, you could clarify that the "it" you were referring to was a big ole pile of shit but it's real weird they went sexual.

I'm also curious how it's misogynistic as a general matter but that's another, "don't use big words you don't understand sir," conversation for another day  😂

1h Like Reply



**Abigail Clough** ○
**Catherine Wilde** Ha! and at least spell it correctly.

57m Like Reply                              😆 1

---

  Write a comment...                      

     



Law Office of the
## COOK COUNTY PUBLIC DEFENDER
10220 S. 76TH AVENUE, DISTRICT 5, BRIDGEVIEW, IL 60455, (708) 974-6470, FAX (708) 974-6057
Amy P. Campanelli, Public Defender

To:    Crystal Gray, Deputy of Suburban Operations
        Carlos Gonzalez, Attorney Supervisor
From:  Angela Kilpatrick, Chief
Date:  November 5, 2020
Re:    Division of Attorney Supervision

Welcome to Bridgeview Carlos!!!  Effective, Monday, November 9th, this is the breakdown of Attorney Supervision:

**Misdemeanor Courtrooms**

      Room 102—Nader Zughayer—Carlos Gonzalez
          ---Veronica Shaheen—Carlos Gonzalez

      Room 105—Leon Anderson—Carlos Gonzalez
          ---Kim Gray—Carlos Gonzalez

      Room 204---Sally Barnes—Carlos Gonzalez
          ---James Saracco—Carlos Gonzalez

      Room 207---Monique Medley—Carlos Gonzalez
          ---William Gradl---Carlos Gonzalez

      Room 208---Dawn Roesener—Carlos Gonzalez
          ---Ted Thanasouras—Carlos Gonzalez

      VOP/Floater—Tom Stovall—Carlos Gonzalez

      Specialty Court—Dawn Roesener—Carlos Gonzalez

**Felony Vertical Assignment**

Allie Cox—Angela Kilpatrick
Jacques Jones—Carlos Gonzalez
James Kozlowski—Carlos Gonzalez
Ryan Nolte—Angela Kilpatrick
Antoinette Weston—Carlos Gonzalez
Maria Barrido—Angela Kilpatrick
Cynthia Bauman—Carlos Gonzalez
Tom Comstock—Angela Kilpatrick
Lisa Davis—Angela Kilpatrick

2023-09-10 Baumann D's Production 174