UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA BAUMANN, ) | |
| Plaintiff, ) | Case No.: 22 cv 435 |
| ) | |
| v. ) | Judge Edmond E. Chang |
| ) | |
| LAW OFFICE OF THE COOK COUNTY ) | Magistrate M. David Weisman |
| PUBLIC DEFENDER, CARLOS GONZALEZ, ) | |
| in his individual capacity, and COOK COUNTY, ) | |
| ILLINOIS, as indemnitor, ANGELA ) | |
| KILPATRICK, in her ) | |
| individual capacity, CRYSTAL GRAY, in ) | |
| her individual capacity and ABIGAIL CLOUGH, ) | |
| in her individual capacity, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF MOTION**

TO:   Cass Casper, ccasper@dispartilaw.com
      Lyle Henretty, lyle.henretty@cookcountyil.gov

   PLEASE TAKE NOTICE that on at September 19, 2023 at 8:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Edmund Chang an or any judge sitting in his stead in Courtroom 2341 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: **Defendants' Contested Motion to Disqualify Attorney Casper, or, Alternatively for a Protective Order.**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2023  I provided service to the persons listed above electronically through the Court's CM/ECF filing system.

DATED: September 13, 2023

                              Respectfully Submitted,
                              KIMBERLY M. FOXX
                              Cook County State's Attorney
                    By:   /s/ Charles T. Little
                              Charles T. Little
                              Cook County State's Attorney's Office
                              50 W. Washington St., Ste. 500
                              Chicago, Illinois 60602
                              (312) 603-3373
                              Charles.little@cookcountyil.gov