# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CYNTHIA BAUMANN, | |
| Plaintiff, | No. 1:23-cv-00435 |
| v. | Judge Edmond E. Chang |
| LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER, et al., | Magistrate Judge M. David Weisman |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW COUNSEL

Defendant Carlos Gonzalez ("Defendant"), by his attorney, Kimberly M. Foxx, State's Attorney of Cook County, through her Assistant State's Attorney, Miguel E. Larios, and for his Motion for Leave to Withdraw Lyle K. Henretty as Counsel, Defendant states the following:

1. On March 7, 2023, Assistant State's Attorney Lyle K. Henretty filed an appearance on behalf of Defendant. (Dkt. 8).

2. Mr. Henretty has subsequently accepted a new position within the Cook County State's Attorney's Office. As a result, Mr. Henretty will no longer be handling the representation of Defendant moving forward.

3. Undersigned counsel filed his appearance on Defendant's behalf on September 18, 2023 (dkt. 54), and will continue to represent Defendant in this matter.

4. Therefore, Defendant respectfully requests that this Court enter an Order granting leave for Lyle K. Henretty to withdraw as counsel for Defendant.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant leave for Lyle K. Henretty to withdraw as counsel, and grant such other relief that this Court deems just.

Dated: October 31, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**KIMBERLY M. FOXX**
　　　　　　　　　　　　　　　　　　State's Attorney of Cook County


　　　　　　　　　　　　　　　　　　*/s/ Miguel E. Larios*
　　　　　　　　　　　　　　　　　　Miguel E. Larios
　　　　　　　　　　　　　　　　　　Cook County State's Attorney's Office
　　　　　　　　　　　　　　　　　　Conflicts Counsel Unit
　　　　　　　　　　　　　　　　　　50 West Washington Street, Suite 2760
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　(312) 603-1427
　　　　　　　　　　　　　　　　　　miguel.larios@cookcountyil.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendant Carlos Gonzalez*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 31, 2023, he filed the foregoing document using the CM/ECF e-filing system with the Clerk of the Court for the United States District Court for the Northern District of Illinois, which will notify counsel of record of this electronic filing.

*/s/ Miguel E. Larios*
