**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Cynthia Baumann

                                                Plaintiff,

v.                                                                                             Case No.: 1:23−cv−00435

                                                                                                 Honorable Edmond E. Chang

Law Office of the Cook County Public Defender, et al.

                                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 8, 2024:

      MINUTE entry before the Honorable M. David Weisman: The parties indicating that they have resolved the issue raised in the pending motion to compel, the motion [84] is denied as moot. The parties may bring any unresolvable disputes that arise related to the imaging and searching of personal devices to the Court's attention, as necessary. The status hearing set for 1/11/24 will go forward to discuss other aspects of written discovery. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.