# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cynthia Baumann

                              Plaintiff,

v.                                                                 Case No.: 1:23−cv−00435

                                                                             Honorable Edmond E. Chang

Law Office of the Cook County Public Defender, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 22, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's motion to file third amended complaint [48]; the Defendants' motion to disqualify counsel [50]; and the defense motion to file supplemental exhibit [75]) remain under advisement. The tracking status hearing of 02/23/2024 for Judge Chang is reset to 04/05/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.