IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CYNTHIA BAUMAN, | ) |
| | ) |
| Plaintiff, | ) Case No. 23-cv-435 |
| | ) |
| v. | ) Judge Edmund E. Chang |
| | ) |
| LAW OFFICE OF THE COOK COUNTY PUBLIC DEFENDER, *et al.*, | ) Magistrate Judge M. David Weisman |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT REGARDING DKT. 111**

NOW COMES, Cynthia Bauman ("Plaintiff"), by and through her undersigned counsel, Cass T. Casper, Esq., DISPARTI LAW GROUP, P.A., and Defendants Carlos Gonzalez, by and through his undersigned attorney, Miguel Larios, Esq., Assistant State's Attorney, and all other Defendants, by and through their undersigned attorney, Charles Little, Esq., Assistant State's Attorney, and state as follows for a Joint Status Report regarding Dkt. 111:

1. Initial written discovery is complete.

2. The parties continue to await the Court's ruling on Defendants' Motion to Disqualify (Dkt. 50), Plaintiff's Motion for Leave to File Third Amended Complaint (TAC) (Dkt. 48), and Plaintiff's Motion for Leave to File Corrected TAC (Dkt. 103).

3. The parties propose that the August 7, 2024 status at 9:15 a.m. be stricken and that they submit an additional status report at the Court's discretion.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Cass T. Casper* | */s/ Miguel Larios* |
| One of Plaintiff's Attorneys | Defendant Gonzalez' Attorney |
| Cass T. Casper, Esq. | Miguel Larios, Esq. |
| DISPARTI LAW GROUP, P.A. | Assistant State's Attorney |
| 121 West Wacker Drive, Suite 2300 | Conflicts Counsel Unit |

Chicago, Illinois 60601
P: (312) 506-5511 ext. 331
E: cass.casper@dispartilaw.com

50 West Washington Street, Suite 2760
Chicago, Illinois 60602
P: (312) 603-1427
E: miguel.larios@cookcountysao.org

Respectfully submitted,
One of the Attorneys for Defendants
Public Defender, Cook County, *et al.*

/s/ *Charles T. Little*
_____
Charles T. Little
Assistant State's Attorney
Labor and Employment Unit
50 West Washington, Suite 500
Chicago, Illinois 60602
P: (312) 603-3373
E: charles.little@cookcountysao.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2024 he caused to be served the foregoing Joint Status Report on all counsel of record at the email addresses below via this Court's CM/ECF Filing System, and that all such counsels are registered e-filers.

Rebecca Gest, Esq.
Charles Little, Esq.
E: charles.little@cookcountysao.org
E: rebecca.gest@cookcountysao.org

Miguel Larios, Esq.
E: miguel.larios@cookcountysao.org

/s/ *Cass T. Casper*
_____